IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR T. STOVER and<br>GIGI STOVER,<br><br>Defendants. | Case No. 3:20-cv-00579-RJC-DCK |

### DECLARATION OF BENTON MORTON

I, Benton Thomas Morton, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a trial attorney of the Washington, D.C. Office of the United States Department of Justice, Tax Division.

2. I am counsel for Plaintiff, the United States of America ("**United States**"), in the above-captioned case.

3. I submit this declaration in support of the United States' Motion for Summary Judgment. These are files in my case file that I collected as part of this litigation.

4. Exhibit A is true and complete copies of the Internal Revenue Service's account transcripts for the tax liabilities at issue in this case with interest accruals as of September 28, 2020.

5. Exhibit B is true and complete copies of Certificates of Assessment and Payments (Form 4340) for defendants' tax years 2007, 2010, 2011, 2012, 2013, and 2014.

6. Exhibit C is a true and complete copy of the IRS's Archive History for Arthur and Gigi Stover's 2007 tax liability from June 2009 through October 2010.

7. Exhibit D is a true copy of pages 1 through 35 of the deposition transcripts from the deposition of Arthur Stover in the above-captioned case which was held on June 1, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2022.

_____
Benton T. Morton
Trial Attorney
U.S. Department of Justice
Washington, D.C.