

**Exhibit**

A
_____



# Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

Request Date: 09-16-2020
Response Date: 09-16-2020
Tracking Number: 100567985915

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2007


TAXPAYER IDENTIFICATION NUMBER:     XXX-XX-■■■
SPOUSE TAXPAYER IDENTIFICATION NUMBER:     XXX-XX-■■■


ARTH GIG STOV

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

                --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                     277,091.75
ACCRUED INTEREST:                                   27,865.03    AS OF: Sep. 28, 2020
ACCRUED PENALTY:                                          0.00    AS OF: Sep. 28, 2020


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                      304,956.78


            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                             04
FILING STATUS:                        Married Filing Joint
ADJUSTED GROSS INCOME:                  1,245,067.00
TAXABLE INCOME:                        1,148,334.00
TAX PER RETURN:                         162,541.00
SE TAXABLE INCOME TAXPAYER:                945.00
SE TAXABLE INCOME SPOUSE:                 0.00
TOTAL SELF EMPLOYMENT TAX:                145.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)        Oct. 17, 2008
PROCESSING DATE                                   Nov. 24, 2008

```
                                    TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20084608 | 11-24-2008 | $162,541.00 |
| n/a | 89221-304-69801-8 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2008 | | 04-15-2008 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2008 | | 04-15-2008 | $0.00 |
| 170 | Penalty for not pre-paying tax 03-14-2021 | 20084608 | 11-24-2008 | $16.00 |

| Code | Description | | Date | Amount |
|------|-------------|---|------|--------|
| 706 | Credit transferred in from 1040 200312 | | 01-01-2007 | -$2.48 |
| 276 | Penalty for late payment of tax | 20084608 11-24-2008 | | $6,501.54 |
| 196 | Interest charged for late payment | 20084608 11-24-2008 | | $5,628.24 |
| 971 | Notice issued CP 0014 | | 11-24-2008 | $0.00 |
| 290 | Additional tax assessed 00-00-0000 | 20084708 12-01-2008 | | $0.00 |
| n/a | 89254-999-05099-8 | | | |
| 670 | Payment | | 11-17-2008 | -$1,000.00 |
| 971 | Pending installment agreement | | 12-12-2008 | $0.00 |
| 960 | Appointed representative | | 02-10-2009 | $0.00 |
| 922 | Review of unreported income | | 04-25-2010 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 02-23-2009 | $0.00 |
| 977 | Amended return filed | | 02-23-2009 | $0.00 |
| n/a | 08277-498-05254-9 | | | |
| 290 | Additional tax assessed 00-00-0000 | 20091708 05-11-2009 | | $0.00 |
| n/a | 08254-510-18008-9 | | | |
| 971 | Tax period blocked from automated levy program | | 05-25-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-19-2009 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-13-2009 | $6.00 |
| 582 | Lien placed on assets due to balance owed | | 07-24-2009 | $0.00 |
| 360 | Fees and other expenses for collection | | 08-17-2009 | $180.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2008 | -$70.00 |
| 290 | Additional tax assessed 04-02-2021 | 20101708 05-10-2010 | | $3,484.00 |
| n/a | 28254-510-66624-0 | | | |
| 971 | Notice issued CP 0021 | | 05-10-2010 | $0.00 |
| 960 | Appointed representative | | 06-07-2010 | $0.00 |
| 706 | Credit transferred in from 1040 200912 | | 04-15-2010 | -$3,160.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 10-27-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 10-27-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 11-02-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 11-03-2010 | $0.00 |
| 971 | Notice issued CP 071D | | 11-29-2010 | $0.00 |
| 276 | Penalty for late payment of tax | 20104608 11-29-2010 | | $33,959.87 |
| 530 | Balance due account currently not collectable | | 03-03-2011 | $0.00 |
| 670 | Payment | | 02-06-2012 | -$50.00 |
| 971 | Notice issued CP 071A | | 10-22-2012 | $0.00 |
| 276 | Penalty for late payment of tax | 20124105 10-22-2012 | | $627.12 |
| 972 | Removed installment agreement | | 03-03-2011 | $0.00 |

| 531 | Account currently considered collectable | 05-09-2013 | $0.00 |
| 706 | Credit transferred in from<br>1040 200912 | 04-15-2010 | -$3,165.00 |
| 277 | Reduced or removed penalty for late payment of tax | 06-24-2013 | -$189.90 |
| 971 | Tax period blocked from automated levy program | 08-19-2013 | $0.00 |
| 971 | Installment agreement established | 11-20-2013 | $0.00 |
| 971 | Installment agreement established | 11-20-2013 | $0.00 |
| 670 | Payment | 01-30-2014 | -$500.00 |
| 670 | Payment | 02-25-2014 | -$500.00 |
| 670 | Payment | 04-03-2014 | -$500.00 |
| 670 | Payment | 04-29-2014 | -$500.00 |
| 670 | Payment | 06-02-2014 | -$500.00 |
| 670 | Payment | 07-02-2014 | -$500.00 |
| 670 | Payment | 08-03-2014 | -$500.00 |
| 670 | Payment | 09-08-2014 | -$500.00 |
| 670 | Payment | 10-03-2014 | -$500.00 |
| 670 | Payment | 10-30-2014 | -$500.00 |
| 670 | Payment | 12-05-2014 | -$500.00 |
| 670 | Payment | 01-09-2015 | -$500.00 |
| 670 | Payment | 02-03-2015 | -$500.00 |
| 670 | Payment | 03-20-2015 | -$1,200.00 |
| 971 | No longer in installment agreement status | 04-13-2015 | $0.00 |
| 960 | Appointed representative | 02-08-2016 | $0.00 |
| 971 | Tax period blocked from automated levy program | 03-21-2016 | $0.00 |
| 670 | Payment<br>Levy | 05-05-2016 | -$550.14 |
| 670 | Payment<br>Levy | 06-20-2016 | -$557.18 |
| 530 | Balance due account currently not collectable | 07-08-2016 | $0.00 |
| 670 | Payment<br>Miscellaneous Payment | 08-29-2016 | -$66.89 |

| 971 | First Levy Issued on Module | | 04-17-2017 | $0.00 |
| 670 | Payment<br>Levy | | 05-09-2017 | -$65.35 |
| 670 | Payment<br>Levy | | 06-23-2017 | -$20.86 |
| 961 | Removed appointed representative | | 07-10-2017 | $0.00 |
| 670 | Payment<br>Levy | | 07-21-2017 | -$12.75 |
| 670 | Payment<br>Levy | | 08-24-2017 | -$46.63 |
| 670 | Payment<br>Levy | | 09-01-2017 | -$106.52 |
| 706 | Credit transferred in from<br>1040 201612 | | 04-15-2017 | -$3,000.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2017 | $0.00 |
| 196 | Interest charged for late payment | 20174105 | 10-30-2017 | $71,528.49 |
| 670 | Payment<br>Miscellaneous Payment | | 04-06-2018 | -$17.86 |
| 960 | Appointed representative | | 09-06-2018 | $0.00 |
| 360 | Fees and other expenses for collection | | 10-29-2018 | $16.00 |
| 971 | Notice issued<br>CP 071A | | 10-29-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184105 | 10-29-2018 | $12,376.16 |
| 582 | Lien placed on assets due to balance owed | | 10-05-2018 | $0.00 |
| 360 | Fees and other expenses for collection | | 11-19-2018 | $6.00 |
| 582 | Lien placed on assets due to balance owed | | 10-26-2018 | $0.00 |
| 583 | Removed lien | | 12-28-2018 | $0.00 |
| 537 | Account currently considered collectable | | 03-04-2019 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 03-11-2019 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 03-11-2019 | $0.00 |
| 706 | Credit transferred in from<br>1040 201812 | | 12-23-2019 | -$3.11 |
| 960 | Appointed representative | | 09-01-2020 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-04-2020 | $0.00 |
| 583 | Removed lien | | 09-04-2020 | $0.00 |
| 360 | Fees and other expenses for collection | | 09-28-2020 | $6.00 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|                    |            |
|--------------------|------------|
| Request Date:      | 09-16-2020 |
| Response Date:     | 09-16-2020 |
| Tracking Number:   | 100567986235 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-████

SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-████

ARTH GIG STOV

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                         14,982.07

ACCRUED INTEREST:                         1,506.67    AS OF: Sep. 28, 2020

ACCRUED PENALTY:                              0.00    AS OF: Sep. 28, 2020

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):           16,488.74

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                    04

FILING STATUS:                Married Filing Joint

ADJUSTED GROSS INCOME:                  174,688.00

TAXABLE INCOME:                          69,017.00

TAX PER RETURN:                          21,730.00

SE TAXABLE INCOME TAXPAYER:                   0.00

SE TAXABLE INCOME SPOUSE:                     0.00

TOTAL SELF EMPLOYMENT TAX:                    0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Oct. 17, 2011

PROCESSING DATE                                                  Nov. 21, 2011

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20114508 | 11-21-2011 | $21,730.00 |
| n/a | 30221-290-23011-1 | | | |
| 960 | Appointed representative | | 06-07-2010 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2011 | | 04-15-2011 | $0.00 |
| 766 | Credit to your account | | 04-15-2011 | -$781.00 |
| 276 | Penalty for late payment of tax | 20114508 | 11-21-2011 | $837.96 |

| 196 | Interest charged for late payment | 20114508 11-21-2011 | $480.63 |
| 971 | Notice issued<br>CP 0014 | 11-21-2011 | $0.00 |
| 971 | Notice issued<br>CP 071C | 11-12-2012 | $0.00 |
| 276 | Penalty for late payment of tax | 20124405 11-12-2012 | $2,199.64 |
| 971 | Tax period blocked from automated levy program | 04-01-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | 03-18-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | 03-18-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>refused or unclaimed | 04-08-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>refused or unclaimed | 04-08-2013 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 04-04-2013 | $0.00 |
| 977 | Amended return filed | 04-04-2013 | $0.00 |
| n/a | 33277-540-02466-3 | | |
| 767 | Reduced or removed credit to your account | 04-15-2011 | $475.00 |
| 291 | Reduced or removed prior tax assessed | 08-26-2013 | -$12,111.00 |
| n/a | 07254-617-05744-3 | | |
| 277 | Reduced or removed penalty for late payment of tax | 08-26-2013 | -$755.92 |
| 971 | Notice issued<br>CP 0021 | 08-26-2013 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 08-30-2013 | $0.00 |
| 360 | Fees and other expenses for collection | 09-23-2013 | $6.00 |
| 971 | Issued notice of lien filing and right to Collection Due<br>Process hearing | 09-03-2013 | $0.00 |
| 971 | Installment agreement established | 11-20-2013 | $0.00 |
| 971 | Installment agreement established | 11-20-2013 | $0.00 |
| 971 | No longer in installment agreement status | 04-13-2015 | $0.00 |
| 971 | Tax period blocked from automated levy program | 03-21-2016 | $0.00 |
| 530 | Balance due account currently not collectable | 07-08-2016 | $0.00 |
| 971 | First Levy Issued on Module | 04-17-2017 | $0.00 |
| 961 | Removed appointed representative | 07-10-2017 | $0.00 |
| 971 | Notice issued<br>CP 071A | 10-30-2017 | $0.00 |
| 196 | Interest charged for late payment | 20174105 10-30-2017 | $2,184.99 |
| 276 | Penalty for late payment of tax | 20174105 10-30-2017 | $46.56 |
| 960 | Appointed representative | 09-06-2018 | $0.00 |
| 971 | Notice issued<br>CP 071A | 10-29-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184105 10-29-2018 | $669.21 |
| 537 | Account currently considered collectable | 03-04-2019 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | 03-11-2019 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | 03-11-2019 | $0.00 |
| 960 | Appointed representative | 09-01-2020 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```


# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

Request Date:      09-16-2020
Response Date:      09-16-2020
Tracking Number:      100567986370

FORM NUMBER:      1040

TAX PERIOD:      Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:      XXX-XX-■■■

SPOUSE TAXPAYER IDENTIFICATION NUMBER:      XXX-XX-■■■

ARTH GIG STOV

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              7,541.35

ACCRUED INTEREST:                               758.38      AS OF: Sep. 28, 2020

ACCRUED PENALTY:                                  0.00      AS OF: Sep. 28, 2020

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                8,299.73

## ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                         04

FILING STATUS:                    Married Filing Joint

ADJUSTED GROSS INCOME:                     124,474.00

TAXABLE INCOME:                             71,145.00

TAX PER RETURN:                              8,281.00

SE TAXABLE INCOME TAXPAYER:                      0.00

SE TAXABLE INCOME SPOUSE:                        0.00

TOTAL SELF EMPLOYMENT TAX:                       0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Jun. 17, 2013

PROCESSING DATE                                                  Jul. 15, 2013

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20132605 | 07-15-2013 | $8,281.00 |
| n/a | 09221-173-00035-3 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2012 | -$3,160.00 |
| 960 | Appointed representative | | 06-06-2011 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2012 | | 04-15-2012 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 04-09-2013 | $0.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=prod...      9/16/2020

| 971 | Notice issued<br>CP 0059 | | 04-29-2013 | $0.00 |
|-----|--------------------------|---|------------|-------|
| 766 | Credit to your account | | 04-15-2012 | -$1,000.00 |
| 170 | Penalty for not pre-paying tax<br>08-14-2023 | 20132605 | 07-15-2013 | $75.00 |
| 166 | Penalty for filing tax return after the due date<br>08-14-2023 | 20132605 | 07-15-2013 | $927.22 |
| 276 | Penalty for late payment of tax | 20132605 | 07-15-2013 | $309.07 |
| 196 | Interest charged for late payment | 20132605 | 07-15-2013 | $178.16 |
| 971 | Notice issued<br>CP 0014 | | 07-15-2013 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 08-30-2013 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due<br>Process hearing | | 09-03-2013 | $0.00 |
| 971 | Installment agreement established | | 11-20-2013 | $0.00 |
| 971 | Installment agreement established | | 11-20-2013 | $0.00 |
| 971 | No longer in installment agreement status | | 04-13-2015 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 06-27-2015 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 06-27-2015 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 03-21-2016 | $0.00 |
| 530 | Balance due account currently not collectable | | 07-08-2016 | $0.00 |
| 971 | First Levy Issued on Module | | 04-17-2017 | $0.00 |
| 961 | Removed appointed representative | | 07-10-2017 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2017 | $0.00 |
| 196 | Interest charged for late payment | 20174105 | 10-30-2017 | $872.87 |
| 276 | Penalty for late payment of tax | 20174105 | 10-30-2017 | $721.18 |
| 960 | Appointed representative | | 09-06-2018 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-29-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184105 | 10-29-2018 | $336.85 |
| 537 | Account currently considered collectable | | 03-04-2019 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 03-11-2019 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 03-11-2019 | $0.00 |
| 960 | Appointed representative | | 09-01-2020 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 09-16-2020 |
| Response Date: | 09-16-2020 |
| Tracking Number: | 100567986554 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:     XXX-XX-████

SPOUSE TAXPAYER IDENTIFICATION NUMBER:     XXX-XX-████

ARTH GIG STOV

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 22,043.56 | |
| ACCRUED INTEREST: | 2,216.79 | AS OF: Sep. 28, 2020 |
| ACCRUED PENALTY: | 0.00 | AS OF: Sep. 28, 2020 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):     24,260.35

**\*\* INFORMATION FROM THE RETURN OR AS ADJUSTED \*\***

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 157,049.00 |
| TAXABLE INCOME: | 121,699.00 |
| TAX PER RETURN: | 20,130.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 07, 2013 |
| PROCESSING DATE | Nov. 11, 2013 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20134305 | 11-11-2013 | $20,130.00 |
| n/a | 30221-680-15297-3 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2013 | -$1,088.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | | 04-12-2013 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | | 04-15-2013 | $0.00 |

| 766 | Credit to your account | | 04-15-2013 | -$1,000.00 |
| 170 | Penalty for not pre-paying tax<br>12-11-2023 | 20134305 | 11-11-2013 | $143.00 |
| 276 | Penalty for late payment of tax | 20134305 | 11-11-2013 | $631.47 |
| 196 | Interest charged for late payment | 20134305 | 11-11-2013 | $314.10 |
| 971 | Notice issued<br>CP 0014 | | 11-11-2013 | $0.00 |
| 971 | Installment agreement established | | 11-20-2013 | $0.00 |
| 670 | Payment | | 12-17-2013 | -$4,405.50 |
| 971 | Installment agreement established | | 11-20-2013 | $0.00 |
| 672 | Removed payment<br>CIVIL PENALTY 201401 | | 12-17-2013 | $105.00 |
| 673 | Payment | | 12-17-2013 | -$105.00 |
| 922 | Review of unreported income | | 01-12-2015 | $0.00 |
| 290 | Additional tax assessed<br>03-18-2025 | 20150405 | 02-16-2015 | $855.00 |
| n/a | 28254-409-65862-5 | | | |
| 971 | Notice issued<br>CP 0021 | | 02-16-2015 | $0.00 |
| 971 | No longer in installment agreement status | | 04-13-2015 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-20-2015 | $18.00 |
| 582 | Lien placed on assets due to balance owed | | 06-26-2015 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 06-27-2015 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 06-27-2015 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due<br>Process hearing | | 07-02-2015 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 03-21-2016 | $0.00 |
| 530 | Balance due account currently not collectable | | 07-08-2016 | $0.00 |
| 971 | First Levy Issued on Module | | 04-17-2017 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2017 | $0.00 |
| 196 | Interest charged for late payment | 20174105 | 10-30-2017 | $2,282.24 |
| 276 | Penalty for late payment of tax | 20174105 | 10-30-2017 | $3,178.63 |
| 960 | Appointed representative | | 09-06-2018 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-29-2018 | $0.00 |
| 196 | Interest charged for late payment | 20184105 | 10-29-2018 | $984.62 |
| 537 | Account currently considered collectable | | 03-04-2019 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 03-11-2019 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 03-11-2019 | $0.00 |
| 960 | Appointed representative | | 09-01-2020 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|                    |            |
|--------------------|------------|
| Request Date:      | 09-16-2020 |
| Response Date:     | 09-16-2020 |
| Tracking Number:   | 100567986744 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2013


TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-████

SPOUSE TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-████


ARTH GIG STOV

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 22,537.42 | |
| ACCRUED INTEREST: | 2,266.45 | AS OF: Sep. 28, 2020 |
| ACCRUED PENALTY: | 0.00 | AS OF: Sep. 28, 2020 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            24,803.87


**\*\* INFORMATION FROM THE RETURN OR AS ADJUSTED \*\***

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 123,605.00 |
| TAXABLE INCOME: | 95,805.00 |
| TAX PER RETURN: | 14,014.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jun. 15, 2015 |
| PROCESSING DATE | Jul. 20, 2015 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20152605 | 07-20-2015 | $14,014.00 |
| n/a | 09221-165-04606-5 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2014 | | 03-17-2014 | $0.00 |
| 766 | Credit to your account | | 04-15-2014 | -$1,000.00 |
| 595 | Account referred for review | | 07-01-2015 | $0.00 |
| 170 | Penalty for not pre-paying tax | 20152605 | 07-20-2015 | $199.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=prod...    9/16/2020

|     |                                                                      |          |            |            |
|-----|----------------------------------------------------------------------|----------|------------|------------|
|     | 07-20-2025                                                           |          |            |            |
| 166 | Penalty for filing tax return after the due date 07-20-2025          | 20152605 | 07-20-2015 | $2,928.15  |
| 276 | Penalty for late payment of tax                                      | 20152605 | 07-20-2015 | $1,041.12  |
| 196 | Interest charged for late payment                                    | 20152605 | 07-20-2015 | $570.22    |
| 971 | Notice issued CP 0023                                                |          | 07-20-2015 | $0.00      |
| 582 | Lien placed on assets due to balance owed                            |          | 08-28-2015 | $0.00      |
| 360 | Fees and other expenses for collection                               |          | 09-21-2015 | $6.00      |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing |       | 09-03-2015 | $0.00      |
| 971 | Tax period blocked from automated levy program                       |          | 03-21-2016 | $0.00      |
| 530 | Balance due account currently not collectable                        |          | 07-08-2016 | $0.00      |
| 971 | First Levy Issued on Module                                          |          | 04-17-2017 | $0.00      |
| 971 | Notice issued CP 071A                                               |          | 10-30-2017 | $0.00      |
| 196 | Interest charged for late payment                                    | 20174105 | 10-30-2017 | $1,559.87  |
| 276 | Penalty for late payment of tax                                      | 20174105 | 10-30-2017 | $2,212.38  |
| 960 | Appointed representative                                             |          | 09-06-2018 | $0.00      |
| 971 | Notice issued CP 071A                                               |          | 10-29-2018 | $0.00      |
| 196 | Interest charged for late payment                                    | 20184105 | 10-29-2018 | $1,006.68  |
| 537 | Account currently considered collectable                             |          | 03-04-2019 | $0.00      |
| 971 | Passport certified seriously delinquent tax debt                     |          | 03-11-2019 | $0.00      |
| 971 | Passport certified seriously delinquent tax debt                     |          | 03-11-2019 | $0.00      |
| 971 | Collection due process Notice of Intent to Levy -- issued            |          | 03-23-2020 | $0.00      |
| 971 | Collection due process Notice of Intent to Levy -- issued            |          | 03-23-2020 | $0.00      |
| 971 | First Levy Issued on Module                                          |          | 04-13-2020 | $0.00      |
| 960 | Appointed representative                                             |          | 09-01-2020 | $0.00      |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 09-16-2020 |
| Response Date: | 09-16-2020 |
| Tracking Number: | 100567986744 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:      XXX-XX-███

SPOUSE TAXPAYER IDENTIFICATION NUMBER:      XXX-XX-███

ARTH GIG STOV

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 30,533.79 | |
| ACCRUED INTEREST: | 3,070.60 | AS OF: Sep. 28, 2020 |
| ACCRUED PENALTY: | 18.30 | AS OF: Sep. 28, 2020 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                33,622.69

## ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 147,067.00 |
| TAXABLE INCOME: | 118,867.00 |
| TAX PER RETURN: | 20,233.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Feb. 25, 2016 |
| PROCESSING DATE | Mar. 28, 2016 |

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20161005 | 03-28-2016 | $20,233.00 |
| n/a | 09221-059-11036-6 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2015 | | 04-08-2015 | $0.00 |
| 595 | Account referred for review | | 07-01-2015 | $0.00 |
| 766 | Credit to your account | | 04-15-2015 | -$1,000.00 |
| 176 | Penalty for not pre-paying tax | 20161005 | 03-28-2016 | $259.65 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=prod...      9/16/2020

|       |                                                                                  |          |            |            |
|-------|----------------------------------------------------------------------------------|----------|------------|------------|
|       | 03-28-2026                                                                       |          |            |            |
| 166   | Penalty for filing tax return after the due date<br>03-28-2026                   | 20161005 | 03-28-2016 | $4,327.42  |
| 276   | Penalty for late payment of tax                                                  | 20161005 | 03-28-2016 | $1,153.98  |
| 196   | Interest charged for late payment                                                | 20161005 | 03-28-2016 | $616.65    |
| 971   | Notice issued<br>CP 0014                                                         |          | 03-28-2016 | $0.00      |
| 582   | Lien placed on assets due to balance owed                                        |          | 05-06-2016 | $0.00      |
| 360   | Fees and other expenses for collection                                           |          | 05-30-2016 | $6.00      |
| 971   | Issued notice of lien filing and right to Collection Due<br>Process hearing      |          | 05-10-2016 | $0.00      |
| 922   | Review of unreported income                                                      |          | 04-14-2017 | $0.00      |
| 530   | Balance due account currently not collectable                                    |          | 07-08-2016 | $0.00      |
| 806   | W-2 or 1099 withholding                                                          |          | 04-15-2015 | -$776.00   |
| 291   | Reduced or removed prior tax assessed                                            |          | 04-17-2017 | -$428.00   |
| n/a   | 28254-483-66110-7                                                                |          |            |            |
| 177   | Reduced or removed penalty for not pre-paying tax                                |          | 03-28-2016 | -$15.47    |
| 971   | First Levy Issued on Module                                                       |          | 04-17-2017 | $0.00      |
| 971   | Notice issued<br>CP 0021                                                         |          | 04-17-2017 | $0.00      |
| 971   | Amended tax return or claim forwarded for processing                             |          | 03-27-2017 | $0.00      |
| 977   | Amended return filed                                                             |          | 03-27-2017 | $0.00      |
| n/a   | 09277-504-03849-7                                                                |          |            |            |
| 290   | Additional tax assessed<br>00-00-0000                                            | 20173605 | 09-25-2017 | $0.00      |
| n/a   | 28254-648-06572-7                                                                |          |            |            |
| 971   | Notice issued<br>CP 071A                                                         |          | 10-30-2017 | $0.00      |
| 196   | Interest charged for late payment                                                | 20174105 | 10-30-2017 | $1,560.98  |
| 276   | Penalty for late payment of tax                                                  | 20174105 | 10-30-2017 | $3,263.12  |
| 290   | Additional tax assessed<br>12-18-2027                                            | 20174805 | 12-18-2017 | $122.00    |
| n/a   | 28254-728-05931-7                                                                |          |            |            |
| 167   | Reduced or removed penalty for filing tax return after<br>the due date          |          | 12-18-2017 | -$243.45   |
| 971   | Notice issued<br>CP 0021                                                         |          | 12-18-2017 | $0.00      |
| 960   | Appointed representative                                                          |          | 09-06-2018 | $0.00      |
| 971   | Notice issued<br>CP 071A                                                         |          | 10-29-2018 | $0.00      |
| 196   | Interest charged for late payment                                                | 20184105 | 10-29-2018 | $1,351.57  |
| 276   | Penalty for late payment of tax                                                  | 20184105 | 10-29-2018 | $102.34    |
| 537   | Account currently considered collectable                                         |          | 03-04-2019 | $0.00      |
| 470   | Claim pending                                                                    |          | 02-21-2019 | $0.00      |
| 472   | Resolved claim                                                                   |          | 07-01-2019 | $0.00      |
| 472   | Resolved claim                                                                   |          | 07-01-2019 | $0.00      |
| 971   | Collection due process Notice of Intent to Levy --<br>issued                     |          | 03-23-2020 | $0.00      |
| 971   | Collection due process Notice of Intent to Levy --<br>issued                     |          | 03-23-2020 | $0.00      |
| 971   | First Levy Issued on Module                                                       |          | 04-13-2020 | $0.00      |

960    Appointed representative                          09-01-2020              $0.00

This Product Contains Sensitive Taxpayer Data