

**Exhibit**
B



**United States** of America

## Department of the Treasury
## Internal Revenue Service

Date: JAN 2 0 2022

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Arthur & Gigi Stover covering U.S. Individual Income Tax Return in

respect to the tax period ending December 31, 2007 consisting of 12 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center



Catalog Number 19002E      *U.S. GPO: 2000 – 533-039/07196      Form **2866** (Rev. 09-97)

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ARTHUR & GIGI STOVER              EIN/SSN:  ████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007

                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE
                                  (REVERSAL)     (REVERSAL)
--------------------------------------------------------------------------------

             RETURN PREPARER TIN:
             ████████

             ADJUSTED GROSS INCOME
                    1,245,067.00

             TAXABLE INCOME
                    1,148,334.00

             SELF EMPLOYMENT TAX
                         145.00

10-17-2008 RETURN FILED & TAX ASSESSED         162,541.00          11-24-2008
           89221-304-69801-8  200846

04-15-2008 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2008

04-15-2008 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2008

             ESTIMATED TAX PENALTY              16.00             11-24-2008
             20084608

01-01-2007 OVERPAID CREDIT APPLIED                        2.48
           1040        200312

             FAILURE TO PAY TAX `             6,501.54            11-24-2008
             PENALTY
             20084608

             INTEREST ASSESSED               5,628.24            11-24-2008
             20084608

             ADDITIONAL TAX ASSESSED            0.00             12-01-2008
             89254-999-05099-8  20084708

11-17-2008 SUBSEQUENT PAYMENT                           1,000.00

12-12-2008 REQUEST FOR INSTALLMENT
           AGREEMENT PENDING

FORM 4340  (REV. 01-2002)                   PAGE   1
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

ARTHUR & GIGI STOVER              EIN/SSN: ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007


                                  ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE
                                  (REVERSAL)     (REVERSAL)
-------------------------------------------------------------------------------

01-24-2009 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

02-10-2009 RECEIVED POA/TIA

02-23-2009 AMENDED RETURN FILED
           08277-498-05254-9

           ADDITIONAL TAX ASSESSED              0.00        05-11-2009
           08254-510-18008-9  20091708

06-19-2009 NOTICE OF FEDERAL TAX
           LIEN FILED

07-13-2009 FEES AND COLLECTION COSTS            6.00

07-24-2009 NOTICE OF FEDERAL TAX
           LIEN FILED

08-17-2009 FEES AND COLLECTION COSTS          180.00

04-15-2008 WITHHOLDING CREDIT                            70.00

           ADDITIONAL TAX ASSESSED          3,484.00        05-10-2010
           28254-510-66624-0  20101708

FORM 4340  (REV. 01-2002)              PAGE    2
```

Case 3:20-cv-00579-TEJ-DCK    Document 31-2    Filed 09/19/22    Page 3 of 46    2A Exhibit 3 Page 3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007


|      |                                 | ASSESSMENT, | PAYMENT,  | ASSESSMENT |
|------|---------------------------------|-------------|-----------|------------|
| DATE | EXPLANATION OF TRANSACTION      | OTHER DEBITS| CREDIT    | DATE       |
|      |                                 | (REVERSAL)  | (REVERSAL)|            |
--------------------------------------------------------------------------------

06-07-2010 RECEIVED POA/TIA

04-15-2010 OVERPAID CREDIT APPLIED                        3,160.00
           1040          200912

10-27-2010 CDP LEVY NOTICE ISSUED

10-27-2010 CDP LEVY NOTICE ISSUED

11-02-2010 CDP LEVY NOTICE RETURN
           RECEIPT SIGNED

11-03-2010 CDP LEVY NOTICE RETURN
           RECEIPT SIGNED

           FAILURE TO PAY TAX             33,959.87          11-29-2010
           PENALTY
           20104608

03-03-2011 CURRENTLY NOT COLLECTIBLE
           HARDSHIP STATUS

02-06-2012 SUBSEQUENT PAYMENT                             50.00

           FAILURE TO PAY TAX                 627.12          10-22-2012
           PENALTY
           20124105

FORM 4340  (REV. 01-2002)              PAGE   3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

ARTHUR & GIGI STOVER                     EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 03-03-2011 | REQUEST FOR INSTALLMENT AGREEMENT NO LONGER PENDING | | | |
| 05-09-2013 | | | | |
| 05-18-2013 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 04-15-2010 | OVERPAID CREDIT APPLIED 1040      200912 | | 3,165.00 | |
| 06-24-2013 | FAILURE TO PAY TAX PENALTY ABATED | | 189.90- | |
| 11-20-2013 | INSTALLMENT AGREEMENT GRANTED AND ACTIVE | | | |
| 11-20-2013 | INSTALLMENT AGREEMENT GRANTED AND ACTIVE | | | |
| 01-30-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 02-25-2014 | SUBSEQUENT PAYMENT | | 500.00 | |

FORM 4340  (REV. 01-2002)              PAGE   4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR & GIGI STOVER                    EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 04-03-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 04-29-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 06-02-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 07-02-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 08-03-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 09-08-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 10-03-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 10-30-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 12-05-2014 | SUBSEQUENT PAYMENT | | 500.00 | |
| 01-09-2015 | SUBSEQUENT PAYMENT | | 500.00 | |

FORM 4340  (REV. 01-2002)                    PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ARTHUR & GIGI STOVER            EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2007


|  | | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS<br>(REVERSAL) | CREDIT<br>(REVERSAL) | DATE |
| --- | --- | --- | --- | --- |
| 02-03-2015 | SUBSEQUENT PAYMENT | | 500.00 | |
| 03-20-2015 | SUBSEQUENT PAYMENT | | 1,200.00 | |
| 04-13-2015 | INSTALLMENT AGREEMENT<br>TERMINATED | | | |
| 02-08-2016 | RECEIVED POA/TIA | | | |
| 05-05-2016 | SUBSEQUENT PAYMENT<br>LEVY | | 550.14 | |
| 06-20-2016 | SUBSEQUENT PAYMENT<br>LEVY | | 557.18 | |
| 07-08-2016 | CURRENTLY NOT COLLECTIBLE<br>HARDSHIP STATUS | | | |
| 08-29-2016 | SUBSEQUENT PAYMENT | | 66.89 | |
| 04-17-2017 | INITIAL LEVY ISSUED | | | |
| 05-09-2017 | SUBSEQUENT PAYMENT<br>LEVY | | 65.35 | |

FORM 4340  (REV. 01-2002)            PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2007


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 06-23-2017 | SUBSEQUENT PAYMENT LEVY | | 20.86 | |
| 07-10-2017 | REMOVED POA/TIA | | | |
| 07-21-2017 | SUBSEQUENT PAYMENT LEVY | | 12.75 | |
| 08-24-2017 | SUBSEQUENT PAYMENT LEVY | | 46.63 | |
| 09-01-2017 | SUBSEQUENT PAYMENT LEVY | | 106.52 | |
| 04-15-2017 | OVERPAID CREDIT APPLIED 1040      281612 | | 3,000.00 | |
| | INTEREST ASSESSED 20174105 | 71,528.49 | | 10-30-2017 |
| 04-06-2018 | SUBSEQUENT PAYMENT | | 17.86 | |
| 09-06-2018 | RECEIVED POA/TIA | | | |
| 10-29-2018 | FEES AND COLLECTION COSTS | 16.00 | | |
| | INTEREST ASSESSED 20184105 | 12,376.16 | | 10-29-2018 |

FORM 4340  (REV. 01-2002)          PAGE    7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 10-05-2018 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 11-19-2018 | FEES AND COLLECTION COSTS | | 6.00 | |
| 10-26-2018 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 12-28-2018 | | | | |
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - S | | | |
| 03-23-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

FORM 4340  (REV. 01-2002)                    PAGE    8

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR & GIGI STOVER

EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 12-23-2019 | OVERPAID CREDIT APPLIED 1040      201812 | | 3.11 | |
| 03-23-2020 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 09-01-2020 | RECEIVED POA/TIA | | | |
| 09-04-2020 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 09-04-2020 | | | | |
| 09-28-2020 | FEES AND COLLECTION COSTS | 6.00 | | |
| 09-02-2020 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 12-12-2008 | REQUEST FOR INSTALLMENT AGREEMENT PENDING | | | |
| 10-21-2010 | REQUEST FOR INSTALLMENT AGREEMENT NO LONGER PENDING | | | |
| 09-24-2020 | LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    9

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR & GIGI STOVER                    EIN/SSN: ████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 01-07-2021 | COLLECTION STATUTE EXTENSION TO 12-10-2040 | | | |
| 11-24-2008 | Statutory Notice of Balance Due | | | |
| 02-02-2009 | Statutory Notice of Intent to Levy | | | |
| 05-11-2009 | Statutory Notice of Balance Due | | | |
| 05-10-2010 | Statutory Notice of Balance Due | | | |
| 11-29-2010 | Statutory Notice of Balance Due | | | |
| 10-22-2012 | Statutory Notice of Balance Due | | | |
| 06-03-2013 | Statutory Notice of Intent to Levy | | | |
| 10-30-2017 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    10

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ARTHUR & GIGI STOVER

EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 10-29-2018 | Statutory Notice of Balance Due | | | |
| 03-04-2019 | Notice of Balance Due | | | |
| 04-08-2019 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)

PAGE    11

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 2007
----------------------------------------------------------------------


BALANCE        277,091.75

----------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


SIGNATURE OF CERTIFYING OFFICER: _Nicole T. Salazar_ (signature)

PRINT NAME: ____Nicole T. Salazar____

TITLE: ____Accounting Operations Manager____

DELEGATION ORDER: ____KCSPC-11-5-01____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 01/13/2022

FORM 4340  (REV. 01-2002)
                                PAGE   12



**United States**          **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date:    JAN 2 0 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Arthur & Gigi Stover covering U.S. Individual Income Tax Return in

respect to the tax period ending December 31, 2010 consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center



Catalog Number 19002E      *U.S. GPO: 2000 – 533-039/07196      Form **2866** (Rev. 09-97)

USA Exhibit B Page 14

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ARTHUR & GIGI STOVER               EIN/SSN: ████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010

                                   ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE
                                   (REVERSAL)    (REVERSAL)
--------------------------------------------------------------------------------

             RETURN PREPARER TIN:
             ████████

             ADJUSTED GROSS INCOME
                      174,688.00

             TAXABLE INCOME
                       69,017.00

10-17-2011 RETURN FILED & TAX ASSESSED         21,730.00        11-21-2011
           30221-290-23011-1  201145

06-07-2010 RECEIVED POA/TIA

04-15-2011 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2011

04-15-2011 REFUNDABLE CREDIT                              781.00

           FAILURE TO PAY TAX              837.96        11-21-2011
           PENALTY
           20114508

           INTEREST ASSESSED              480.63        11-21-2011
           20114508

12-17-2011 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

           FAILURE TO PAY TAX            2,199.64        11-12-2012
           PENALTY
           20124405

03-18-2013 CDP LEVY NOTICE ISSUED

03-18-2013 CDP LEVY NOTICE ISSUED

04-08-2013 CDP LEVY NOTICE REFUSED
           OR UNCLAIMED

FORM 4340  (REV. 01-2002)               PAGE   1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN:



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010


                                        ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE
                                        (REVERSAL)      (REVERSAL)
--------------------------------------------------------------------------------


04-08-2013 CDP LEVY NOTICE REFUSED
           OR UNCLAIMED

04-04-2013 AMENDED RETURN FILED
           33277-540-02466-3

04-15-2011 REFUNDABLE CREDIT                            (475.00)
           REVERSED

08-26-2013 PRIOR TAX ABATED             12,111.00-
           07254-617-05744-3

08-26-2013 FAILURE TO PAY TAX              755.92-
           PENALTY ABATED

08-30-2013 NOTICE OF FEDERAL TAX
           LIEN FILED

09-23-2013 FEES AND COLLECTION COSTS        6.00

09-03-2013 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

11-20-2013 INSTALLMENT AGREEMENT
           GRANTED AND ACTIVE

11-20-2013 INSTALLMENT AGREEMENT
           GRANTED AND ACTIVE

FORM 4340  (REV. 01-2002)               PAGE   2

----------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 04-13-2015 | INSTALLMENT AGREEMENT TERMINATED | | | |
| 07-08-2016 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 04-17-2017 | INITIAL LEVY ISSUED | | | |
| 07-10-2017 | REMOVED POA/TIA | | | |
| | INTEREST ASSESSED 20174105 | 2,184.99 | | 10-30-2017 |
| | FAILURE TO PAY TAX PENALTY 20174105 | 46.56 | | 10-30-2017 |
| 09-06-2018 | RECEIVED POA/TIA | | | |
| | INTEREST ASSESSED 20184105 | 669.21 | | 10-29-2018 |
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ██████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2010


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - S | | | |
| 03-23-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 03-23-2020 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 09-01-2020 | RECEIVED POA/TIA | | | |
| 09-24-2020 | LEGAL SUIT PENDING | | | |
| 12-18-2020 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 01-07-2021 | COLLECTION STATUTE EXTENSION TO 12-10-2040 | | | |
| 01-22-2021 | NOTICE OF FEDERAL TAX LIEN FILED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    4

-----------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ███████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 02-15-2021 | FEES AND COLLECTION COSTS | | 6.00 | |
| 02-15-2021 | FEES AND COLLECTION COSTS | | 6.00 | |
| 11-21-2011 | Statutory Notice of Balance Due | | | |
| 12-26-2011 | Statutory Notice of Intent to Levy | | | |
| 11-12-2012 | Statutory Notice of Balance Due | | | |
| 08-26-2013 | Statutory Notice of Balance Due | | | |
| 10-30-2017 | Statutory Notice of Balance Due | | | |
| 10-29-2018 | Statutory Notice of Balance Due | | | |
| 03-04-2019 | Notice of Balance Due | | | |
| 04-08-2019 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)
                                    PAGE    5

ARTHUR & GIGI STOVER                    EIN/SSN: ████████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 2010

BALANCE        14,994.07

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME: _____ Nicole T. Salazar _____

TITLE: _____ Accounting Operations Manager _____

DELEGATION ORDER: _____ KCSPC-11-5-01 _____

LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

        ACCOUNT STATUS DATE 01/12/2022

FORM 4340  (REV. 01-2002)
                              PAGE    6



**United States** of America

**Department of the Treasury**
**Internal Revenue Service**

Date: JAN 2 0 2022

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Arthur & Gigi Stover covering U.S. Individual Income Tax Return in

respect to the tax period ending December 31, 2011 consisting of 5 pages ──────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR & GIGI STOVER                    EIN/SSN: ████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| | RETURN PREPARER TIN: ████ | | | |
| | ADJUSTED GROSS INCOME 124,474.00 | | | |
| | TAXABLE INCOME 71,145.00 | | | |
| 06-17-2013 | RETURN FILED & TAX ASSESSED 09221-173-00035-3  201326 | 8,281.00 | | 07-15-2013 |
| 04-15-2012 | WITHHOLDING | | 3,160.00 | |
| 06-06-2011 | RECEIVED POA/TIA | | | |
| 04-15-2012 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2012 | | | |
| 04-15-2012 | REFUNDABLE CREDIT | | 1,000.00 | |
| | ESTIMATED TAX PENALTY 20132605 | 75.00 | | 07-15-2013 |
| | LATE FILING PENALTY 20132605 | 927.22 | | 07-15-2013 |
| | FAILURE TO PAY TAX PENALTY 20132605 | 309.07 | | 07-15-2013 |
| | INTEREST ASSESSED 20132605 | 178.16 | | 07-15-2013 |
| 07-20-2013 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-30-2013 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 09-03-2013 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR & GIGI STOVER                    EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 11-20-2013 | INSTALLMENT AGREEMENT GRANTED AND ACTIVE | | | |
| 11-20-2013 | INSTALLMENT AGREEMENT GRANTED AND ACTIVE | | | |
| 04-13-2015 | INSTALLMENT AGREEMENT TERMINATED | | | |
| 06-27-2015 | CDP LEVY NOTICE ISSUED | | | |
| 06-27-2015 | CDP LEVY NOTICE ISSUED | | | |
| 07-08-2016 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 04-17-2017 | INITIAL LEVY ISSUED | | | |
| 07-10-2017 | REMOVED POA/TIA | | | |
| | INTEREST ASSESSED 20174105 | | 872.87 | 10-30-2017 |
| | FAILURE TO PAY TAX PENALTY 20174105 | | 721.18 | 10-30-2017 |
| 09-06-2018 | RECEIVED POA/TIA | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20184105 | | 336.85 | 10-29-2018 |
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - S | | | |
| 03-23-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 03-23-2020 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 09-01-2020 | RECEIVED POA/TIA | | | |
| 09-24-2020 | LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2011


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
| --- | --- | --- | --- | --- |
| 01-07-2021 | COLLECTION STATUTE EXTENSION TO 12-10-2040 | | | |
| 04-29-2013 | Taxpayer Deliquency Notice | | | |
| 07-15-2013 | Statutory Notice of Balance Due | | | |
| 08-05-2013 | Statutory Notice of Intent to Levy | | | |
| 10-30-2017 | Statutory Notice of Balance Due | | | |
| 10-29-2018 | Statutory Notice of Balance Due | | | |
| 03-04-2019 | Notice of Balance Due | | | |
| 04-08-2019 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                PAGE    4

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-----------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: █████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2011
-----------------------------------------------------------------------

BALANCE       7,541.35

-----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME: _____ Nicole T. Salazar

TITLE: _____ Accounting Operations Manager

DELEGATION ORDER: _____ KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 01/12/2022

FORM 4340  (REV. 01-2002)
                                    PAGE    5

**United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date:  JAN 2'0 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Arthur & Gigi Stover covering U.S. Individual Income Tax Return in respect to the tax period ending December 31, 2012 consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR & GIGI STOVER

EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | RETURN PREPARER TIN: ██████ | | | |
| | ADJUSTED GROSS INCOME 157,049.00 | | | |
| | TAXABLE INCOME 121,699.00 | | | |
| 10-07-2013 | RETURN FILED & TAX ASSESSED 30221-680-15297-3  201343 | 20,130.00 | | 11-11-2013 |
| 04-15-2013 | WITHHHOLDING | | 1,088.00 | |
| 04-12-2013 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2013 | | | |
| 04-15-2013 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2013 | | | |
| 04-15-2013 | REFUNDABLE CREDIT | | 1,000.00 | |
| | ESTIMATED TAX PENALTY 20134305 | 143.00 | | 11-11-2013 |
| | FAILURE TO PAY TAX PENALTY 20134305 | 631.47 | | 11-11-2013 |
| | INTEREST ASSESSED 20134305 | 314.10 | | 11-11-2013 |
| 11-20-2013 | INSTALLMENT AGREEMENT GRANTED AND ACTIVE | | | |
| 12-17-2013 | SUBSEQUENT PAYMENT | | 4,405.50 | |
| 11-20-2013 | INSTALLMENT AGREEMENT GRANTED AND ACTIVE | | | |
| 12-17-2013 | SUBSEQUENT PAYMENT CORRECTED CVPN ██████  201401 | | (105.00) | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 12-17-2013 | SUBSEQUENT PAYMENT | | 105.00 | |
| | ADDITIONAL TAX ASSESSED 28254-409-65862-5  20150405 | 855.00 | | 02-16-2015 |
| 04-13-2015 | INSTALLMENT AGREEMENT TERMINATED | | | |
| 07-20-2015 | FEES AND COLLECTION COSTS | | 18.00 | |
| 06-26-2015 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 06-27-2015 | CDP LEVY NOTICE ISSUED | | | |
| 06-27-2015 | CDP LEVY NOTICE ISSUED | | | |
| 07-02-2015 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-21-2015 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 07-08-2016 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2012


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 04-17-2017 | INITIAL LEVY ISSUED | | | |
| | INTEREST ASSESSED 20174105 | 2,282.24 | | 10-30-2017 |
| | FAILURE TO PAY TAX PENALTY 20174105 | 3,178.63 | | 10-30-2017 |
| 09-06-2018 | RECEIVED POA/TIA | | | |
| | INTEREST ASSESSED 20184105 | 984.62 | | 10-29-2018 |
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - S | | | |

FORM 4340  (REV. 01-2002)

PAGE    3

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR & GIGI STOVER

EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 03-23-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 03-23-2020 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 09-01-2020 | RECEIVED POA/TIA | | | |
| 09-24-2020 | LEGAL SUIT PENDING | | | |
| 01-07-2021 | COLLECTION STATUTE EXTENSION TO 12-10-2040 | | | |
| 11-11-2013 | Statutory Notice of Balance Due | | | |
| 02-16-2015 | Statutory Notice of Balance Due | | | |
| 10-30-2017 | Statutory Notice of Balance Due | | | |
| 10-29-2018 | Statutory Notice of Balance Due | | | |
| 03-04-2019 | Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)

PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-----------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ███████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 04-08-2019 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 2012
----------------------------------------------------------------


BALANCE        22,043.56

----------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME: _____Nicole T. Salazar_____

TITLE: _____Accounting Operations Manager_____

DELEGATION ORDER: _____KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 01/12/2022

FORM 4340  (REV. 01-2002)
                              PAGE     6

**United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: JAN 2 0 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Arthur & Gigi Stover covering U.S. Individual Income Tax Return in

respect to the tax period ending December 31, 2013 consisting of 5 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:



Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E

*U.S. GPO: 2000 – 533-039/07196

Form **2866** (Rev. 09-97)

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ██████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2013

                                      ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT       DATE
                                      (REVERSAL)    (REVERSAL)
--------------------------------------------------------------------------------

             RETURN PREPARER TIN:
             ███████

             ADJUSTED GROSS INCOME
                      123,605.00

             TAXABLE INCOME
                       95,805.00

06-15-2015 RETURN FILED & TAX ASSESSED           14,014.00        07-20-2015
           09221-165-04606-5  201526

03-17-2014 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2014

04-15-2014 REFUNDABLE CREDIT                              1,000.00

           ESTIMATED TAX PENALTY              199.00             07-20-2015
           20152605

           LATE FILING PENALTY              2,928.15             07-20-2015
           20152605

           FAILURE TO PAY TAX              1,041.12             07-20-2015
           PENALTY
           20152605

           INTEREST ASSESSED               570.22             07-20-2015
           20152605

08-01-2015 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

08-28-2015 NOTICE OF FEDERAL TAX
           LIEN FILED

09-21-2015 FEES AND COLLECTION COSTS          6.00

09-03-2015 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

FORM 4340  (REV. 01-2002)              PAGE   1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2015


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 07-08-2016 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 04-17-2017 | INITIAL LEVY ISSUED | | | |
| | INTEREST ASSESSED 20174105 | 1,559.87 | | 10-30-2017 |
| | FAILURE TO PAY TAX PENALTY 20174105 | 2,212.38 | | 10-30-2017 |
| 09-06-2018 | RECEIVED POA/TIA | | | |
| | INTEREST ASSESSED 20184105 | 1,006.68 | | 10-29-2018 |
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 03-11-2019 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 03-11-2019 | Notice of certification as seriously delinquent tax debt sent to taxpayer - S | | | |

FORM 4340  (REV. 01-2002)
                                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ▮▮▮▮▮▮▮


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 03-23-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 03-23-2020 | CDP LEVY NOTICE ISSUED | | | |
| 03-23-2020 | CDP LEVY NOTICE ISSUED | | | |
| 04-13-2020 | INITIAL LEVY ISSUED | | | |
| 03-23-2020 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 09-01-2020 | RECEIVED POA/TIA | | | |
| 09-24-2020 | LEGAL SUIT PENDING | | | |
| 01-07-2021 | COLLECTION STATUTE EXTENSION TO 12-10-2040 | | | |
| 07-20-2015 | Statutory Notice of Balance Due | | | |
| 08-17-2015 | Statutory Notice of Intent to Levy | | | |
| 10-30-2017 | Statutory Notice of Balance Due | | | |
| 10-29-2018 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)

PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 03-04-2019 | Notice of Balance Due | | | |
| 04-08-2019 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ▮▮▮▮▮▮

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 2013

----------------------------------------------------------------------

BALANCE        22,537.42

----------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER _____

PRINT NAME: ____Nicole T. Salazar____

TITLE: ____Accounting Operations Manager____

DELEGATION ORDER: ____KCSPC-11-5-01____

LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 01/12/2022

FORM 4340  (REV. 01-2002)
                              PAGE    5



**United States**            **of America**

### Department of the Treasury
### Internal Revenue Service

Date:     JAN 2 0 2022

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Arthur & Gigi Stover covering U.S. Individual Income Tax Return in

respect to the tax period ending December 31, 2014 consisting of 6 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:



Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

ARTHUR & GIGI STOVER              EIN/SSN: ████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014

                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE
                                  (REVERSAL)    (REVERSAL)
---------------------------------------------------------------------------

            RETURN PREPARER TIN:
            ████████

            ADJUSTED GROSS INCOME
                    147,067.00

            TAXABLE INCOME
                    118,867.00

02-25-2016 RETURN FILED & TAX ASSESSED          20,233.00          03-28-2016
            09221-059-11036-6  201610

04-08-2015 EXTENSION OF TIME TO FILE
            EXT. DATE  10-15-2015

04-15-2015 REFUNDABLE CREDIT                                1,000.00

            ESTIMATED TAX PENALTY                259.65          03-28-2016
            20161005

            LATE FILING PENALTY               4,327.42          03-28-2016
            20161005

            FAILURE TO PAY TAX                1,153.98          03-28-2016
            PENALTY
            20161005

            INTEREST ASSESSED                   616.65          03-28-2016
            20161005

04-09-2016 THIRD PARTY CONTACT
            NOTIFICATION MADE BY
            COLLECTION

05-06-2016 NOTICE OF FEDERAL TAX
            LIEN FILED

05-30-2016 FEES AND COLLECTION COSTS            6.00

05-10-2016 LIEN FILING COLLECTION
            DUE PROCESS NOTICE ISSUED

FORM 4340  (REV. 01-2002)               PAGE   1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

ARTHUR & GIGI STOVER              EIN/SSN: ██████████



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014


                                      ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT     DATE
                                      (REVERSAL)    (REVERSAL)
-------------------------------------------------------------------------------


07-08-2016 CURRENTLY NOT COLLECTIBLE
           HARDSHIP STATUS

04-15-2015 WITHHOLDING CREDIT                            776.00

04-17-2017 PRIOR TAX ABATED                 428.00-
           28254-483-66110-7

03-28-2016 ESTIMATED TAX PENALTY             15.47-
           ABATED

04-17-2017 INITIAL LEVY ISSUED

03-27-2017 AMENDED RETURN FILED
           09277-504-03849-7

           ADDITIONAL TAX ASSESSED              0.00       09-25-2017
           28254-648-06572-7  20173605

           INTEREST ASSESSED              1,560.98        10-30-2017
           20174105

           FAILURE TO PAY TAX            3,263.12        10-30-2017
           PENALTY
           20174105

           ADDITIONAL TAX ASSESSED         122.00        12-18-2017
           28254-728-05931-7  20174805

FORM 4340  (REV. 01-2002)           PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2014


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 12-18-2017 | LATE FILING PENALTY ABATED | | 243.45- | |
| 09-06-2018 | RECEIVED POA/TIA | | | |
| | INTEREST ASSESSED 20184105 | 1,351.57 | | 10-29-2018 |
| | FAILURE TO PAY TAX PENALTY 20184105 | 102.34 | | 10-29-2018 |
| 02-21-2019 | | | | |
| 06-15-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 03-23-2020 | CDP LEVY NOTICE ISSUED | | | |
| 03-23-2020 | CDP LEVY NOTICE ISSUED | | | |
| 04-13-2020 | INITIAL LEVY ISSUED | | | |
| 03-23-2020 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

FORM 4340  (REV. 01-2002)                   PAGE   3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ███████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 09-01-2020 | RECEIVED POA/TIA | | | |
| 09-24-2020 | LEGAL SUIT PENDING | | | |
| 01-07-2021 | COLLECTION STATUTE EXTENSION TO 12-10-2040 | | | |
| 03-28-2016 | Statutory Notice of Balance Due | | | |
| 04-25-2016 | Statutory Notice of Intent to Levy | | | |
| 04-17-2017 | Statutory Notice of Balance Due | | | |
| 10-30-2017 | Statutory Notice of Balance Due | | | |
| 12-18-2017 | Statutory Notice of Balance Due | | | |
| 10-29-2018 | Statutory Notice of Balance Due | | | |
| 03-04-2019 | Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    4

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR & GIGI STOVER

EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 07-01-2019 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE     5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

ARTHUR & GIGI STOVER                    EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2014
--------------------------------------------------------------------------

BALANCE        30,533.79

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:_____Nicole T. Salazar_____

TITLE:_____Accounting Operations Manager_____

DELEGATION ORDER:_____KCSPC-11-5-01_____

LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 01/12/2022

FORM 4340  (REV. 01-2002)
                               PAGE    6