```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```



**Exhibit**
C

| Name: ARTHUR & GIGI STOVER | TIN: |
|---|---|

---

ACTION DATE: 06/06/2009                    CREATE ID: 00000000

Systemic History: ENTITY UPDATED - ENTITY

ENTITY UPDATED - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

ACTION DATE: 06/06/2009                    CREATE ID: 00000000

Systemic History: ASSIGNMENT - IDRS

POTENTIAL SIGNIF EQTY - FRM ACS.
00011200

---

ACTION DATE: 06/06/2009                    CREATE ID: 00000000

Systemic History: ASSIGNMENT - IDRS

CASE ASSIGNED--23073700

---

ACTION DATE: 06/06/2009                    CREATE ID: 00000000

Systemic History: NEW MODULE(S) - IDRS

BAL DUE - 30/200712

---

ACTION DATE: 06/22/2009                    CREATE ID: 23073701

Systemic History: ENTITY UPDATE - IDRS

INITIAL CONTACT DUE DATE 07/22/2009 - 30 DAYS

---

ACTION DATE: 06/22/2009                    CREATE ID: 23073701

Systemic History: ENTITY UPDATED - ICS

PRIMARY ASSIGNMENT NUMBER UPDATED to 23073709

---

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                    **TIN:** ████████

---

ACTION DATE: 06/22/2009                          CREATE ID: 23073701

Systemic History: ASSIGNMENT - ICS


REASSIGNED TO: ASGMT # 23073709 EMPLOYEE NAME NICOLE A LORUSSO


---

ACTION DATE: 07/09/2009  SYSTEM DATE: 07/09/2009  CONTACT: OTHER  CREATE ID: 23073709

FULL COMPLIANCE CK
OTHER INTERNAL SOURCE
GENERAL HISTORY
STATE EMPL SEARCH
BMF/IMF ON LINE
CC RTVUE
CREDIT BUREAU SRCH


RECEIVED CASE INTO INVENTORY RO #3709, INITIAL CONTACT DUE 7/22/09
-REVIEWED THE FOLLOWING INFORMATION AND SET UP CASE FILE

SUMMARY OF PRIOR ICS/ARCHIVE HISTORY: NO ARCHIEVE OR ICS HISTORY AVAILABLE


IDRS ANALYSIS:

SUMRY- TDA'S: 30 200712
       TDI'S: NONE
       LIEN INDICATOR: NFTL FILED
       EARLIEST CSED: 11/24/2018
       EARLIEST ASED: N/A

CFINK- POA INDICATOR PRESENT/ PER CFINK ONLY F8821 ON FILE/ NO F2848/MODULES INCLUDED: 30
200712-200912


INOLES- FR: FILING STAT JOINT
        X-REF SPOUSE SSN# ███████
        X-REF EIN# ███████          (b)(3):26
                                    U.S.C. § 6103

IMFOL- LFR/ 30 200712
       ICS/ IDRS TDI'S: NONE
       CURRENT FTD/ES COMPLIANCE: NO ES PYMTS ON FILE FOR 2008 OR 2009
       FTD/ES REQUIREMENTS: PER PREVIOUSLY FILED RTNS OTHER THAN TDA, TP HAD NO ES REQUIREMENTS

TXMOD- TC971 AC611 PRESENT ON ALL MODULES/ 3RD PARTY NOTICE ISSUED
IA INDICATOR PRESENT/ TC971 AC043

RTVUE- REVIEWED FILING HISTORY/ PER RTN LIABILITIY DUE TO $1.2 MILLION DOLLAR CAPITAL GAIN

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: ARTHUR & GIGI STOVER                                    TIN: ███████

ON 2007 RTN
    - BASED ON PRIOR HISTORY TP ALWAYS PAID SMALL BAL DUE WITH RETURN

IRP LEVY SOURCES (MR TP)- BANK OF AMERICA, ALLSTATE INSURANCE COMPANY, BALLANTYNE AREA MARKET CENTER
LLC, AUTOONE INS CO, STOVER AGENCY LLC, MERRILL LYNCH
IRP (MRS TP)- BANK OF AMERICA, BALLANTYNE AREA MARKET CENTER LLC, PALMETTO VISTA (RENTS)

CONDUCTED COMPLIANCE CHECK ON X-REF EIN#

(b)(3):26
U.S.C. § 6103

FULL COMPLIANCE CK
    1040 INFO : Filing and current ES - LFR 30 200712. 2008 ON EXT, NO ES PYMTS FOR 2008 OR 2009.

    OTHER INFO: N/A


NO FPLP INDICATOR PRESENT/ NO CURRENT FPLP PYMTS BEING REC'D
NO CID INDICATORS OR TC914'S PRESENT ON MODULES
L1058: NOT ISSUED

REVIEWED DI/ACS HISTORY- TP SUBMITTED DOCUMENTS VERIFYING EXPENSES AND INCOME, IA REQUESTED
-DUE TO $$ AMT CASE WAS FORWARDED TO FIELD FOR ASSIGNMENT/ PKG CONTAINING F8821, STOVER AGENCY P&L
FOR JAN-APR 2009 AND VERIFICATION OF EXPENSES

-REVIEWED PKG SUBMITTED BY POA
-PER INFO TP OWNS THE FOLLOWING REAL ESTATE: 1401 VENETIAN WAY DR, WAXHAW NC (RESIDENCE)
                                             2504 S OCEAN BLVD UNIT 405, MYRTLE BEACH SC (RENTAL)
                                             2504 S OCEAN BLVD UNIT 406, MYRTLE BEACH SC (RENTAL)
                                             19 BIELAK RD, ORCHARD PARK NY (RENTAL)

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

(b)(3):26
U.S.C. § 6103

**Name: ARTHUR & GIGI STOVER**          TIN: ▆▆▆▆▆

-▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
-AFTER DISALLOWANCE OF AMORTIZATION, DEPR, MISC, MEALS & ENTERTAINMENT, 4 MTH NET INCOME $7725.75
OR $1931.44 P/M
-PER BREAKDOWN OF RENTAL INCOME, ALL RENTAL EXPENSES EXCEED RENTAL INCOME OF EACH UNIT BY A TOTAL
OF $1981 PER MTH

-REVIEWED ADDITIONAL EXPENSES CLAIMED/ BASED ON INFO TP WOULD EXCEED NATIONAL ALLOWABLE EXPENSES
-NO BANK STATEMENTS OR COMPLETED F433-A WAS RECEIVED

CREDIT BUREAU SRCH
    RESULTS: REC'D FULL CREDIT BUREAU REPORTS ON ARTHUR & GIG STOVER.
-REPORT FOR GIGI REPORTS 3 MORTGAGES WITH A TOTAL CURRENT BALANCE OF $176,267, MTHLY PYMTS OF $1636/
ALL MORTGAGES WITH BANK OF AMERICA
-ALL ACCOUNTS ARE CURRENTLY IN GOOD STANDING, SOME WERE PREVIOUSLY 30 DAYS PAST DUE

-REPORT FOR ARTHUR SHOWS 6 MORTGAGE ACCOUNTS/ 3 PAID, 3 STILL OPEN, CURRENT BALANCE $902,027, MTHLY
PYMTS OF $7591
-OPEN MORTGAGES ARE WITH CHASE MANHATTAN BANK, HOMEQ SERVICING AND OCWEN LOAN SERVICING
-3 OPEN CREDIT CARDS AND 1 GMAC (VEHICLE) PYMT/ ALL ACCOUNTS IN GOOD STANDING
-CURRENT INSTALLMENT BAL $11960, REVOLVING BAL $353

-BETWEEN BOTH MR & MRS STOVER, TOTAL OUTSTANDING MORTGAGES $1,078,294


STATE EMPL SEARCH
    Not an IRC 7602(c) 3rd Party Contact
    RESULTS: REC'D STATE LABOR REPORT ON MR STOVER- TP NOT ON WAGE FILE.


OTHER INTERNAL SOURCE
    RESULTS: REC'D ACCURINT COMPREHENSIVE REPORT ON ARHTUR STOVER.
-NO WATERCRAFTS REGISTERED TO TP
-ACCURINT DID NOT REPORT THE SC OWNED BY TP
-TP PURCHASED PERSONAL RESIDENCE IN 2005 FOR $805,000/ TAX VALUE LISTED AS $885,760

-PER COVER LTR POA OFFICE IS A CPA OFFICE, HOWEVER F8821 SUBMITTED
-RO WILL ATTEMPT TO SECURE VALID F2848 OR MAKE FV TO IMF ADDRESS

(b)(3):26
U.S.C. § 6103

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆


PLAN OF ACTION:
-SECURE F2848 OR MAKE FC TO LAST KNOWN ADDRESS. PROVIDE PUBS. SECURE FULL CIS OR BASIC ASSET INFO
IN ACCORDANCE WITH IRM 5.1.10.3.2(3). VERIFY CURRENT COMPLIANCE. ISSUE F9297 AND WOEA IF APPLICABLE.

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**          TIN: ▮▮▮▮▮▮▮

ACTION DATE: 07/09/2009   SYSTEM DATE: 07/09/2009   CONTACT: PHONE   CREATE ID: 23073709

(b)(3):26 U.S.C. § 6103  OTHER 3RD PARTY CONT.

OTHER 3RD PARTY CONT.     ENTITY TYPE: ▮▮▮▮▮▮   (b)(3):26 U.S.C. § 6103
        NAME LINE 1: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        NAME LINE 2: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   3RD PARTY CONTACT RECORD(S) GENERATED

   INCLUDED MODULES: 30/200712 (S)   Sec SSN: ▮▮▮▮▮▮

   RESULTS: RO CALLED POA LISTED ON F8821, NUBIA ARANDA, PH# 704-544-7600. RO LEFT MESSAGE THAT
CASE HAS BEEN TRANSFERED TO FIELD. ADVISED F8821 IN PKG HOWEVER COLLECTION REQUIRES F2848. RO LEFT
FAX # AND PH#. RO REQUESTED F2848 BE SUBMITTED BY 7/15 OR RO WILL BE INITIATING FIELD CONTACT.

---

   ACTION DATE: 07/13/2009                    CREATE ID: 23073709

Systemic History: ENTITY UPDATED - ICS


POA-CAF ADDRESS (P)  updated
                     FROM                     TO
                     ----                     --
Authorization level code:                     H

---
   ACTION DATE: 07/13/2009                    CREATE ID: 23073709

Systemic History: ENTITY UPDATED - ICS


POA-CAF ADDRESS (P)  updated
                     FROM                     TO
                     ----                     --
Name Line2:                                   ED LLOYD & ASSOC PLLC

---
   ACTION DATE: 07/13/2009                    CREATE ID: 23073709

Systemic History: ENTITY UPDATED - ICS


POA-CAF ADDRESS  (P) added (Domestic format):
Addr:            ED LLOYD,CPA
                 8045 CORPORATE CENTER DR STE 100
                 CHARLOTTE NC 28226
Tax Period 30/200712 added Notice = Y Refund = N Blind Trust = N

---
   ACTION DATE: 07/13/2009   SYSTEM DATE: 07/13/2009   CONTACT: PHONE   CREATE ID: 23073709

ATTEMPTED CONTACT
                                                        (b)(3):26 U.S.C. § 6103

ATTEMPTED CONTACT       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

```

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                     **TIN:** ███████

DON'T KNOW WHAT THIS IS ABOUT. REQUESTED CB.


RO REC'D POA F2848. UPDATED ICS. RO CALLED POA AND LEFT MESSAGE. EXPLAINED COLLECTION MATTER CAN NOT DISCUSS SOLELY W/ UNENROLLED PREPARER. RO SUGGESTED CONFERENCE CALL W/ CASE REP AND CPA. LEFT POSSIBLE AVAILABLE TIMES FOR CONFERENCE CALL. LM4CB.


RO ATTEMPTED TO CALL ARTHUR STOVER SINCE SOLE-PROP NOT LISTED ON F2848. SEC ADVISED MR STOVER WAS IN A MEETING AND UNAVAILABLE. RO LM4CB ON VM. ADVISED IN MESSAGE RO IS UNABLE TO DISCUSS SOLE-PROP MATTERS W/ MRS TP WITHOUT MR TP'S PRIOR PERMISSION. RO ALSO ADVISED UNABLE TO DISCUSS SOLE-PROP ISSUE W/ POA AS WELL SINCE NOT ON F2848. RO SUGGESTED TP CAN EITHER UPDATE PG 1 OF F2848 TO ADD SOLE-PROP EIN# TO F2848, OR HE CAN CONTACT RO AND DISCUSS, OR GIVE VERBAL PERMISSION FOR RO TO SPEAK W/ MRS TP OR COMPLETE F2848 FOR MRS TP TO HANDLE SOLE-PROP ISSUE.



---

ACTION DATE: 07/13/2009                       CREATE ID: 23073709

Systemic History: ENTITY UPDATED - ICS


POA-CAF ADDRESS (P)  updated
                     FROM                      TO
                     ----                      --
Name Line1:          ED LLOYD,CPA             TONY BRUNS,CPA
Name Line2:          TONY BRUNS,CPA           ED LLOYD,CPA
Office Phone:                                 (704) 544-7600
Fax:                                          (704) 544-8002
Representative ID Number: 5005-58749R              0100-58749R

---

ACTION DATE: 07/13/2009  SYSTEM DATE: 07/13/2009  CONTACT: PHONE  CREATE ID: 23073709

TP/POA CONTACT
PAYMENT/DEL RET REQUESTED
FULL COMPLIANCE CK
DEADLINE GIVEN
PUB 1 VERIFIED
LEVY SOURCE
PUB 1660 VERIFIED
PUB 594 VERIFIED
CAUSE AND CURE
FORM 9297 PROVIDED


TP/POA CONTACT
   RESULTS: RO REC'D PC FROM POA TONY BRUNS. STATED HE WILL NOW BE TAKING OVER CASE FOR NUBIA CASTRO SINCE COLLECTION IS INVOLVED. HE APOLOGIZED UP FRONT FOR NOT BEING FAMILIAR WITH THIS CASE. STATED HE WAS JUST ASSIGNED THIS MORNING. STATED TP HAD FAXED OVER COPY OF L728 AND THEY HAVE AMENDED F2848 TO INCLUDE SOLE-PROP F941, 940 & W-2'S & W-3. ADVISED JUST COMPLETED FAX TO RO'S OFFICE.

RO EXPLAINED CASE ASSIGNED TO FIELD OFFICE FOR RESOLUTION. ADVISED REC'D COPIES OF SUPPORTING DOCS WHICH WERE APPEARANTLY SENT TO SC BJT NO CIS. RO ASKED IF CIS WAS

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                    **TIN:** ███████

COMPLETED.

LEVY SOURCE
    RESULTS: RO REQUESTED CIS IN ACCORDANCE W/ IRM 5.1.10.3.2(3). PER POA HE ONLY HAD THE SAME INFO
THAT RO DID. STATED NUBIA HAD REQUESTED CIS BUT TP FAILED TO SUBMIT PROPER INFO. RO CONFIRMED TP'S
OWN RENTAL PROPERTY IN NY AND SC, POA COMMENTED "BASED ON THIS INFO IN FILE IT APPEARS SO"

CAUSE AND CURE
    RESULTS: PER POA LIABILITY RESULTED IN PROPERTY SALES WHICH OCCURED DURING 2007. STATED TP FAILED
TO REALIZE THE RESULT OF FLOW THROUGH INCOME TO F1040 AND FAILED TO MAKE ES PYMTS. STATED BY THE
TIMERETURN WAS FILED AND BALANCE REALIZED, TP'S HAD USED MAJORITY OF GAINS TO PAY 2008 BILLS SINCE
MARKET HAD "CRASHED" IN EARLY TO MID 2008.

RO ASKED IF TP'S HAD ABILITY TO FULL PAY LIABILITY/ POA RESPONDED HE WAS NOT SURE/ AGAIN EXPLAINED
TO RO THAT TP'S WERE NORMALLY NUBIA'S CLIENTS AND SHE IS MORE FAMILIAR W/ THEIR INCOME SITUATION
-STATED HE WILL CONTACT TP'S AND SECURE CIS/ ADVISED ONCE HE HAS MORE INFO HE WILL BE BETTER ABLE
TO DISCUSS ALTERNATIVES W/ TP
-POA ADVISED HE IS VERY FAMILIAR W/ IRS PROCEDURES, CIS FORMS AND COLLECTION/ STATED AT THIS POINT
HOWEVER HE CAN NOT COMMENT ON TP'S ABILITY TO FULL PAY OR MAKE A PARTIAL PYMT AT THIS POINT IN TIME

-RO ADVISED WOULD LIKE TO HAVE TP'S FP SOLE-PROP LIABILITY BY 7/31 AT A MINIMUM/ RO EXPLAINED
COMPLIANCE REQUIREMENTS FOR IA OR ANY OTHER COLLECTION OPTION
-POA STATED THAT HE AGREES BUT TP'S ARE CLAIMING THEY DO NOT OWE THIS LIABILITY
-POA REQUESTED TRANSCRIPTS/ RO AGREED TO REQUEST AND FAX OVER TO POA/ POA STATED ONCE HE VERIFIES
LIABILITY WILL DISCUSS FP W/ TP'S

(b)(3):26
U.S.C. § 6103

ALSO DISCUSSED FULL COMPLIANCE W/ POA REGARDING PYRAMIDING LIABILITIES AND ES PYMTS FOR 2009
FULL COMPLIANCE CK
    1040 INFO : Filing and current ES - EXT FILED FOR 2008. POA STATED TP WILL OWE BUT NOT SURE ON
AMOUNT. ALSO NOT SURE IF TP WILL HAVE ABILITY TO PAY IN FULL.

    OTHER INFO: DISCUSSED ES REQUIREMENTS. POA WASN'T SURE IF TP ACTUALLY MADE ANY INCOME THUS FAR
THIS YEAR. EXPLAINED TP'S INVOLVED W/ REAL ESTATE DEVELOPMENT & MANAGEMENT. SAID DUE TO ECONOMY AND
CHANGE IN MARKET REAL ESTATE BUSINESS HAS "CRASHED". POA STATED WILL NEED TO SECURE UPDATED INFO
FROM TP'S TO VERIFY IF ES PYMTS ARE REQUIRED.

-POA COMMENTED TO RO THAT THEY ROUTINELY E-FILE F1040 RTNS/ RO ADVISED THAT THEY SHOULD E-FILE AS
NORMAL BUT TO PROVIDE RO WITH A COPY OF RTN AND DCN #

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                          **TIN:** █████████

-POA COMMENTED THAT IN THE PAST PTR DID NOT LIKE SENDING COPIES OF RTNS TO AGENTS/ RO ADVISED THAT
IN COLLECTION COMPLIANCE MUST BE ADDRESSED BEFORE IA CAN BE CONSIDERED/ ADVISED UNLESS TP'S ARE ABLE
TO FP LIABILITY, CASE WILL MOST LIKELY STILL BE OPEN IN OCT AND TP'S WILL BE REQUIRED TO FILE RTN
W/ RO IF BY PAPER OR PROVIDE COPY OF RTN W/ DCN IF FILED ELECTRONICALLY
-RO ADVISED IF THEY FAIL TO SUBMIT COPY OF RTN, CASE WILL REMAIN OPEN UNTIL RTN IS PROCESSED AND UPLOADED
TO IDRS WHICH TAKES APPROX 4-6 WKS
-RO ADVISED IF TP'S ARE REQUESTING THAT THIS MATTER BE RESOLVED QUICKLY, NOT PROVIDED RO W/COPY OF
RTN WILL DELAY PROCESSING OF CASE

-POA STATED THAT NUBIA HAD SUBMITTED AN AMENDED RTN FOR 30 200712 WHICH REDUCED TAX LIABILITY BY
APPROX $7500/ STATED PER LAST CHECK OF RECORDS AMENDED RTN HAS NOT BEEN PROCESSED/ PERPOA RTN WAS
SUBMITTED IN MARCH 2009
-RO CHECKED IDRS AND COULD SEE A TC290 $0 POSTED IN MAY 2009/ RO ASKED POA WHAT WAS BEING AMENDED
-PER POA TP'S UNDER-REPORTED THEIR CHARITABLE CONTRIBUTIONS TO THE CHURCH/ STATED WHEN STATEMENT
WAS REC'D TP'S HAD UNDER STATED BY APPROX $50K/ STATED THEY AMENDED TP'S SCH A TO REFLECT CONTRIBUTION
-RO ASKED IF THEY PROVIDED PROOF OF INCREASE IN CHARITABLE CONTRIBUTIONS/ POA STATED NO
-RO ADVISED POA TO SUBMIT COMPLETELY SIGNED COPY OF AMENDED RTN AND PROOF OF CONTRIBUTION/ ADVISED
RO WILL SUBMIT AS ADJUSTMENT

-RO SET THE FOLLOWING DEADLINE W/ POA:
    BY 8/15/09: COMPLETED CIS F433-A & F433-B AND SUPPORTING DOCS
               AMENDED 30 200712 RTN
               COPY OF 02 200812
               P&L FOR JAN-JUN 2009

(b)(3):26
U.S.C. § 6103

████████████████████████████████████████████████████████████████████████

-RO ALSO ADVISED THAT A NFTL HAS ALREADY BEEN FILED, HOWEVER RO WILL CONFIRM WEATHER OR NOT LIENS
FILED IN NY AND SC AS WELL/ ADVISED POA IF RTNS NOT FILED ALREADY THEN RO WILL BE FILING LIENS IN
ALL APPROPRIATE LOCATIONS

-POA ADVISED RO THAT HE IS AWARE THAT RO HAS 10 DAYS FROM INITIAL CONTACT TO MAKE LIEN DETERMINATION/
POA ASKED IF HE COULD HAVE UNTIL 7/23 BEFORE RO FILES ANY ADDITIONAL LIENS/ ADVISED HE WOULD LIKE
TO SPEAK W/ TP'S AND DETERMINE WHAT THEIR EQUITY BASIS IS AND WHAT LIQUIDATION POSSIBILITIES THEY
HAVE
-RO ADVISED WILL BE OUT OF THE OFFICE FROM 7/20-7/25 FOR CPE/ ADVISED RO WILL FILE LIEN ON FRI 7/17
UNLESS POA CONTACTS RO AND REQUESTS A CAP APPEAL

-RO ADVISED POA OF TP RIGHTS, THE COLLECTION AND APPEALS PROCESS
-ADVISED POA THAT TP HAS RIGHT TO APPEAL TO GM PRIOR TO FILING OF NFTL/ ADVISED IF STILL DISAGREE
W/ GM DECISION HAS RIGHT TO SUBMIT F9423 AND FILE CAP W/ APPEALS
-RO ADVISED POA UNLESS TP'S ARE WILLING TO LIQUIDATE OR REFINANCE PROPERTY TO FULL PAY, IRS WILL STAND
BY DECISION TO FILE NFTL AT ALL LOCATIONS WHERE PROPERTY IS OWNED
-RO ADVISED IF NO RESPONSE BY FRI 7/17 RO WILL BE FILING NFTL WITH SC, NY AND UNION COUNTY NC IF
NOT ALREADY FILED

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                                    TIN: ▮▮▮▮▮▮▮

PUB 1 VERIFIED
    It wasn't previously received by TP/POA.
    It was delivered/mailed to TP/POA on 07/14/2009.
    Provided explanation of contents on 07/13/2009.
    Answered questions on 07/13/2009.

PUB 594 VERIFIED
    Provided Explanation of contents on 07/13/2009.
    Answered questions on 07/13/2009.

PUB 1660 VERIFIED
    Provided Explanation of contents on 07/13/2009.
    Answered questions on 07/13/2009.


-RO WOEA LEVY,LIEN, L1058 AND SUMMONS SHOULD DEADLINES NOT BE COMPLIED WITH
-RO ADVISED WILL LIST ALL SUPPORTING DOCUMENTS AND DEADLINES ON A F9297 AND FAX OVER TO POA
-ALSO ADVISED POA THAT A COPY WILL BE MAILED TO TP'S ALONG W/ F9297/ ADVISED POA TO CALL IF ANY QUESTIONS
OR IF TP'S HAVE ANY QUESTIONS REGARDING PUBS

DEADLINE GIVEN
    DATE DUE: 08/15/2009
    ACTION: COMPLETED CIS F433-A & B. AMENDED 2007 RTN. SUPPORTING DOCS.
    CONSEQUENCES: LEVY, SUMMONS

(b)(3):26
U.S.C. §6103

-RO SENT E-MAIL TO GRP SEC TO VERIFY LIEN FILING/ ONCE VERIFICATION IS REC'D RO WILL FAX COPY OF
F9297 TO POA AND MAIL F9297 TO TP ALONG W/ PUBS 1,594,1660 & 9423


Summary of Taxpayer Contact

Taxpayer's Name  ARTHUR & GIGI STOVER        Taxpayer's ID #  ▮▮▮▮▮▮▮

A copy of this form will be mailed to your representative on file (if applicable)..
In order to determine the appropriate resolution of your case, we need to calculate/verify your
ability to pay the tax delinquencies, and ensure that you remain in current compliance with applicable
filing and paying requirements.  To assist us in doing so, please provide the following
information/documents by the date required:

Information/Documents required      Date Required

ATT: TONY BRUNS
```

REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION

(b)(3):26
U.S.C. § 6103

**Name: ARTHUR & GIGI STOVER**          TIN: ▮▮▮▮▮▮▮▮

Per our conversation on Monday 7/13/09, the following deadlines have been set. Please mail all requested documentation to the address below. Any questions please call.

(b)(3):26
U.S.C. § 6103

BY 8/15/09:
1.    Completed Collection Information Statement form 433-A. Attach copies of the following documents (both spouses): all K-1's, forms 1099's and W-2's received for 2008; copies of last 3 pay stubs (if applicable); copies of all bank statements for the time period of 1/1/08-7/31/09; and copies of any and all year end statements for any stocks, bonds, mutual funds, money markets, certificate of deposits or retirement accounts belonging to either spouse or minor child. Also include verification of expenses such as mortgage/lease/loan/rental payments, insurance premiums and any other secured debt or judgment.

4.    Completed form 1040X for 2007 and verification of charitable contribution.


**NOTE**
A Notice of Federal Tax Lien has already been filed with Union County, NC. Additional liens will be filed against Myrtle Beach, SC and Orchard Park, NY properties on Friday 7/17/09 unless a Collection Appeals request is received.


Notification of Consequences of Failure to Provide Information: Your failure to provide the above information by the specified date(s) may require the IRS to take action such as issuing summonses, filing a Notice of Federal Tax Lien, and/or issuing you a Notice of Intent to Levy and Notice of Your Right to a Hearing, if one was not previously issued for this liability.

Revenue Officer Name and Employee Identification Number
Nicole Lorusso - 06-03212      Date      7/13/09

Telephone / Fax Number Phone 704-548-4486 Fax - 704-548-4114

Office Address  10715 David Taylor Dr, 5 Resource Square M24, Charlotte, NC 28262

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                                    **TIN:** ███████

Form 9297 (Rev. 1-2000) Department of the Treasury -- Internal Revenue Service

ACTION DATE: 07/15/2009   SYSTEM DATE: 07/15/2009   CONTACT: OTHER   CREATE ID: 23073709

GENERAL HISTORY


ALS INFORMATION WAS NOT REC'D UNTIL TODAY
-VERIFIED LIENS HAD BEEN FILED IN UNION, NC ONLY
-LIENS FILED IN ERIE NY HAD BEEN WITHDRAWN??

-RO PRINTED F9297 AND FAXED TO POA W/ F9423
-MAILED COPY TO TP'S ALONG W/ PUBS 1,594,1660,9423

ACTION DATE: 07/15/2009                            CREATE ID: 23073709

Systemic History: FOLLOW UP - ICS


Follow up (BAL DUE/DEL RET) created for: 07/31/2009   ARTHUR & GIGI STOVER- FP BMF 01 199812


ACTION DATE: 07/15/2009                            CREATE ID: 23073709

Systemic History: FOLLOW UP - ICS


Follow up (BAL DUE/DEL RET) created for: 07/17/2009   ARTHUR & GIGI STOVER- file nftl


ACTION DATE: 07/17/2009                            CREATE ID: 23073709

Systemic History: MODULE(S) UPDATED - ICS


LIEN NAME: ARTHUR & GIGI STOVER

ADDRESS:   1401 VENETIAN WAY DR
           WAXHAW NC 28173-8080
LIEN REQUESTED - FILING LOCATION: HORRY : SC - REAL PROPERTY
30/200712 OLD LIEN DET DT: 00/00/0000 OLD LIEN DET CD: Lien filed


ACTION DATE: 07/17/2009                            CREATE ID: 23073709

Systemic History: MODULE(S) UPDATED - ICS


LIEN NAME: ARTHUR & GIGI STOVER

ADDRESS:   1401 VENETIAN WAY DR
           WAXHAW NC 28173-8080
LIEN REQUESTED - FILING LOCATION: ERIE : NY - REAL PROPERTY
30/200712 OLD LIEN DET DT: 00/00/0000 OLD LIEN DET CD: Lien filed

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

| Name: ARTHUR & GIGI STOVER | TIN: ███████ |
|---|---|

---

ACTION DATE: 07/17/2009                          CREATE ID: 23073709

Systemic History: MODULE(S) UPDATED - ICS


LIEN NAME: ARTHUR & GIGI STOVER

ADDRESS:    1401 VENETIAN WAY DR
            WAXHAW NC 28173-8080
LIEN REQUESTED - FILING LOCATION: SECRETARY OF STATE : NY - REAL PROPERTY
30/200712 OLD LIEN DET DT: 00/00/0000 OLD LIEN DET CD: Lien filed

---

ACTION DATE: 07/17/2009                          CREATE ID: 23073709

Systemic History: MODULE(S) UPDATED - ICS


LIEN NAME: ARTHUR & GIGI STOVER

ADDRESS:    1401 VENETIAN WAY DR
            WAXHAW NC 28173-8080
LIEN REQUESTED - FILING LOCATION: SECRETARY OF STATE : NC - REAL PROPERTY
30/200712 OLD LIEN DET DT: 00/00/0000 OLD LIEN DET CD: Lien filed

---

ACTION DATE: 07/17/2009  SYSTEM DATE: 07/17/2009  CONTACT: OTHER  CREATE ID: 23073709

GENERAL HISTORY


NO CAP APPEAL REC'D/ RO FILED LIENS W/ NC SEC OF STATE, HORRY COUNTY SC AND NY SEC OF STATE AND ERIE
COUNTY

---

ACTION DATE: 07/17/2009                          CREATE ID: 00000000

Systemic History: ALS POA


POA SENT TO ALS ON: 07/17/2009 FOR LIEN CREATED ON: 2009071717432105 BY 23073709.  POA CREATE ID
IS: 2009060607032527 POA NAME IS: NUBIA ARANDA                    FOR MFT CD: 30 AND TAX PRD:
200712

---

ACTION DATE: 07/17/2009                          CREATE ID: 00000000

Systemic History: ALS POA


POA SENT TO ALS ON: 07/17/2009 FOR LIEN CREATED ON: 2009071717432105 BY 23073709.  POA CREATE ID
IS: 2009071313043593 POA NAME IS: TCNY BRUNS,CPA                  FOR MFT CD: 30 AND TAX PRD:
200712

---

ACTION DATE: 07/17/2009                          CREATE ID: 00000000

Systemic History: ALS POA

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                     **TIN:** ████████

POA SENT TO ALS ON: 07/17/2009 FOR LIEN CREATED ON: 2009071717454505 BY 23073709.  POA CREATE ID
IS: 2009060607032527 POA NAME IS: NUBIA ARANDA                    FOR MFT CD: 30 AND TAX PRD:
200712

---

ACTION DATE: 07/17/2009                          CREATE ID: 00000000

Systemic History: ALS POA


POA SENT TO ALS ON: 07/17/2009 FOR LIEN CREATED ON: 2009071717454505 BY 23073709.  POA CREATE ID
IS: 2009071313043593 POA NAME IS: TCNY BRUNS,CPA                    FOR MFT CD: 30 AND TAX PRD:
200712

---

ACTION DATE: 07/17/2009                          CREATE ID: 00000000

Systemic History: ALS POA


POA SENT TO ALS ON: 07/17/2009 FOR LIEN CREATED ON: 2009071717454802 BY 23073709.  POA CREATE ID
IS: 2009060607032527 POA NAME IS: NUBIA ARANDA                    FOR MFT CD: 30 AND TAX PRD:
200712

---

ACTION DATE: 07/17/2009                          CREATE ID: 00000000

Systemic History: ALS POA


POA SENT TO ALS ON: 07/17/2009 FOR LIEN CREATED ON: 2009071717454802 BY 23073709.  POA CREATE ID
IS: 2009071313043593 POA NAME IS: TCNY BRUNS,CPA                    FOR MFT CD: 30 AND TAX PRD:
200712

---

ACTION DATE: 07/17/2009                          CREATE ID: 00000000

Systemic History: ALS POA


POA SENT TO ALS ON: 07/17/2009 FOR LIEN CREATED ON: 2009071717461500 BY 23073709.  POA CREATE ID
IS: 2009060607032527 POA NAME IS: NUBIA ARANDA                    FOR MFT CD: 30 AND TAX PRD:
200712

---

ACTION DATE: 07/17/2009                          CREATE ID: 00000000

Systemic History: ALS POA


POA SENT TO ALS ON: 07/17/2009 FOR LIEN CREATED ON: 2009071717461500 BY 23073709.  POA CREATE ID
IS: 2009071313043593 POA NAME IS: TCNY BRUNS,CPA                    FOR MFT CD: 30 AND TAX PRD:
200712

---

ACTION DATE: 07/20/2009                          CREATE ID: 00000000

Systemic History: ALS RESPONSE


LIEN REQUESTED BY: 23073709.  ALS RESPONSE STATUS AND FILING LOCATION IS: LOADED SLID:

REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION

**Name: ARTHUR & GIGI STOVER**                    **TIN:** ▮▮▮▮▮▮▮

566394209!HORRY!SC!561026!

---

ACTION DATE: 07/20/2009                    CREATE ID: 00000000

Systemic History: ALS RESPONSE

LIEN REQUESTED BY: 23073709.  ALS RESPONSE STATUS AND FILING LOCATION IS: LOADED SLID:
566394309!ERIE!NY!160015!

---

ACTION DATE: 07/20/2009                    CREATE ID: 00000000

Systemic History: ALS RESPONSE

LIEN REQUESTED BY: 23073709.  ALS RESPONSE STATUS AND FILING LOCATION IS: LOADED SLID:
566394409!SECRETARY OF STATE!NY!160013!

---

ACTION DATE: 07/20/2009                    CREATE ID: 00000000

Systemic History: ALS RESPONSE

LIEN REQUESTED BY: 23073709.  ALS RESPONSE STATUS AND FILING LOCATION IS: LOADED SLID:
566394509!SECRETARY OF STATE!NC!560001!

---

ACTION DATE: 08/03/2009  SYSTEM DATE: 08/03/2009  CONTACT: OTHER  CREATE ID: 23073709

GENERAL HISTORY

From: Lorusso Nicole A
Sent: Monday, August 03, 2009 11:20 AM
To: Broyles Anne K
Subject: RE: TDS

Ann,
It took me a while to figure this out, but I believe the request was made due to format error. I
have attached a portion of my ICS history for Arthur & Gigi Stover (#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), who are in my
assigned inventory.

(b)(3):26
U.S.C. § 6103

REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: ARTHUR & GIGI STOVER                                    TIN: ██████████

see, the unassigned access is my TP's sole-prop EIN# in SSN# format. If you need anything further please let me know.
SUMRY ████████ NM-CTRL>STOV
CAF>1
20090803
BOD-CD>SB CLIENT-CD>N
PRIMARY-LOC>5623
COLLECT-LOC>23
COLL-ASGMT>23073709
------------------------------TAX MODULE SUMMARY------------------------------
MFT PRD FS DLN STS CYC SC-MOD-BAL FRZ-CDS
30 200712 2 08254-510-18008-9 26 200922 173,870.30 T
CSED>11/24/2018 MF-CAF-CD>1 PENDING TRANS LIEN>4
CTRL-ASGMT> CLOSED
INOLES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 CURRENT IMF N/C STOV LOC CODE 5623-23 LUC 200919
CURRENT IMF NAMELINE ADDRESS UPDATE CYCLE 200743
ARTHUR & GIGI STOVER PRIOR IMF NAMELINES
01401 VENETIAN WAY DR TAXYR ████ FSC 2 SPSSN ████████
WAXHAW NC 28173-8080 012 ARTHUR STOVER & GIGI ANDERSON
TAXYR 2005 FSC 2 SPSSN ████████ TAXYR ████ FSC 2 SPSSN ████████
ARTHUR T & GIGI L STOVER
TAXYR ████ FSC 2 SPSSN ████████
IMF N/C STOV ARTHUR T & GIGI STOVER
SSA N/C STOV TAXYR ████ FSC ████
UPDT 01102006 DOB 05151964 DOD 00000000 ARTHUR T STOVER
SCRAMBLED SSN 00 MFR 05 FYM 12 DEBT IND I TAXYR ████ FSC ██
BOD CD SB BOD CLIENT CD N EITC IND 0 ARTHUR STOVER
PRI_TXPR NAMELN
XREF/TRANS INFO ARTHUR STOVER
CODE UCYC TIN
██████████████████████

CURRENT BMF NAMELINE
ARTHUR T STOVER
STOVER AGENCY
4184 SENECA ST
BUFFALO NY 14224-3051 990

FISCAL YEAR MONTH 00
PRIOR FISCAL YEAR MONTH 00
EMPLOYMENT CODE 527-POL-ORG-CD 0
ESTABLISHMENT YEAR/MONTH 199801
BOD CODE SB BOD CLIENT CODE V
██████████████████████████

ACCT INFO: EMIS

(b)(3):26
U.S.C. § 6103

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: ARTHUR & GIGI STOVER                              TIN: ███████

MF ASSESSED RET MF MF ACT IDRS FREEZE
MFT TXPD PLAN MOD BAL PST STAT CYC SC CODES TAX MODULE CODES



(b)(3):26
U.S.C. § 6103

Nicole Lorusso
Revenue Officer
Group 37, MB24
10715 David Taylor Dr Ste 3-100
Charlotte, NC 28262
#(704) 548-4486

From: Broyles Anne K
Sent: Friday, July 31, 2009 8:50 AM
To: Lorusso Nicole A
Subject: FW: TDS
Importance: High

(b)(3):26
U.S.C. § 6103

Please let me know ASAP - You have a TP with the name of [REDACTED] but I didn't see this TP in your inventory.

From: Brown Shirley S
Sent: Friday, July 31, 2009 8:31 AM
To: Broyles Anne K
Subject: TDS
Importance: High

Hi Ann,
During the course of my routine review of the SAAS (Transcript Delivery System Report), I could not determine that the access below was supported by direct case assignment.
Request Date: July 13, 2009
Accessing Employee: Nicole Lorusso

REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION

(b)(3):26
U.S.C. § 6103

Name: ARTHUR & GIGI STOVER                    TIN:

Accessing TIN:
Accessed Name:
System(s) Researched by Data Security Analyst
ICS
IDRS
F11377

(b)(6)

Please discuss this with your employee to determine whether the access was conducted in conjunction with the employees' official duties (explanation required) a response is due by August 7, 2009 (5 work days). If the circumstances surrounding this inquiry should result in possible disciplinary actions the attached F8111, Employee Notification Regarding Union Representation may be considered. If you have any questions, feel free to contact me. Thanks for your assistance in this matter.



---

ACTION DATE: 08/10/2009   SYSTEM DATE: 08/10/2009   CONTACT: OTHER   CREATE ID: 23073709

GENERAL HISTORY


REVIEWED NOTIFICATION REPORT
-TP HAD DEADLINE OF 7/31/09 TO FP BMF BAL DUE/ RO UNABLE TO TAKE ANY F/U ACTION SINCE CSED ON MODULE EXPIRED 8/2/09
-NO L1058 EVER ISSUED, RO DID NOT ISSUE L1058 SINCE 45 DAYS WOULD EXPIRE AFTER EXPIRATION OF CSED
-RO F/U ACTION BEING TAKEN FOR NON-COMPLIANCE OF THIS DEADLINE

-TP'S NEXT DEADLINE IS 8/15 FOR CIS

---

ACTION DATE: 08/31/2009   SYSTEM DATE: 09/23/2009   CONTACT: OTHER   CREATE ID: 23073709

GENERAL HISTORY


RO BEGAN COLLATERAL OJI DUTIES EFFECTIVE 8/31/2009-8/31/2010
-OJI CONDUCTED TRAINEE POD ORIENTATION FROM 8/31-9/22/ TRAINEES RETURN FROM UNIT 1 ON 10/22/09
-AS OF 9/23/09 RO (GR 12) STILL HAS 37 TOTAL CASES, PER COLLATERAL DUTIES RO'S INVENTORY NEEDS TO BE REDUCED TO 20 TOTAL CASES
-DUE TO CURRENT GROUP MAKE UP CASES CAN NOT BE TRANSFERED AND MUST BE WORKED TO CLOSURE BY RO

---

ACTION DATE: 09/28/2009   SYSTEM DATE: 09/28/2009   CONTACT: CORR.   CREATE ID: 23073709

DMV SEARCH
GENERAL HISTORY
STATE EMPL SEARCH

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**          **TIN:** ████████

RO CONFUSED THIS CASE WITH ANOTHER CASE IN WHICH RO HAD REC'D CIS BUT HAD NOT HAD A CHANCE TO REVIEW DUE TO OTHER CASE PRIORITIES/ HOWEVER CIS FOR THIS CAS HAD IN FACT NOT BEEN REC'D


DMV SEARCH
    Not an IRC 7602(c) 3rd Party Contact
    RESULTS: REC'D DMV REPORT. VEHICLES LISTED AS FOLLOWS:

ARTHUR STOVER-
    2007 MERCEDES CLS63AMG, VIN# ████████
    2006 NISS MAXIMA, VIN# ████████   PL# ████████
    2007 CADILLAC ESCALADE, VIN# 1█████████, PL# ████████

-PL# FOR NISSAN & MERCEDES THE SAME/ EXPIRES AUG 2009, NOT SURE WHICH VEHICLE IS STILL CURRENTLY REGISTERED

STATE EMPL SEARCH
    Not an IRC 7602(c) 3rd Party Contact
    RESULTS: MRS TP NOT ON NC WAGE FILE


-PENDING IA ON MODULE/ CASE WILL NEED TO GO TO INDEPENDANT REVIEWER PRIOR TO ANY ENFORCEMENT ACTION TO BE TAKEN
-RO CALLED POA AND LEFT DETAILED MESSAGE/ ADVISED DOCUMENTS NOT REC'D BY 8/15 DEADLINE AS REQUIRED BY F9297/ REQUESTED CB TO DISCUSS/ ADVISED CASE WILL BE FORWARDED TO IR FOR PROPOSED REJECTION OF IA FOR FAILURE TO SUBMIT CIS
-ALSO ADVISED CASE MAY BE TRANSFERED DUE TO CURRENT OJI DUTIES


---

ACTION DATE: 09/28/2009                    CREATE ID: 23073709

Systemic History: ENTITY UPDATED - ICS


POA-CAF ADDRESS (P)  updated
                     FROM                         TO
                     ----                         --
Office Phone:        (704) 544-7600              (704) 544-7600x24

---

ACTION DATE: 10/13/2009  SYSTEM DATE: 10/13/2009  CONTACT: OFFICE  CREATE ID: 23073701

REVIEWED

GM reviewed case.


---

ACTION DATE: 10/15/2009  SYSTEM DATE: 10/15/2009  CONTACT: PHONE  CREATE ID: 23073709

ATTEMPTED CONTACT

```

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

| Name: ARTHUR & GIGI STOVER | TIN: ███████ |
|---|---|

ATTEMPTED CONTACT
    RESULTS: RO REC'D VM FROM POA BRUNS. VM REC'D9/30 WHILE RO ON LEAVE. PER POA HE APOLOGIZED FOR DELAY AND CLAIMED DUE TO POA ERROR. PER POA HAS BEEN OUT OF OFFICE DUE TO FAMILY REASONS. REQUESTED CB UPON RO'S RTN TO DISCUSS CASE.

RO ON LEAVE 9/29-10/12. RO PLACED RTN CALL TO POA TODAY.LM4CB.

---

ACTION DATE: 10/15/2009  SYSTEM DATE: 10/15/2009  CONTACT: CORR.  CREATE ID: 23073709

GENERAL HISTORY


RO ON LEAVE 9/30-10/12 AND IN ATFR TRAINING ON 10/14/09.

---

ACTION DATE: 01/09/2010      CREATE ID: 00000000

Systemic History: ENTITY UPDATE - IDRS


IDRS POA RECORD HAS BEEN DELETED FROM ICS: REP ID: 03056624094 NAME: NUBIA ARANDA

---

ACTION DATE: 01/16/2010      CREATE ID: 00000000

Systemic History: ENTITY UPDATE - IDRS


IDRS POA RECORD HAS ADDED TO ICS: REP ID: 03056624094 NAME: NUBIA ARANDA

---

ACTION DATE: 01/19/2010  SYSTEM DATE: 01/19/2010  CONTACT: PHONE  CREATE ID: 23073709

TP/POA CONTACT
DEADLINE GIVEN
GENERAL HISTORY

(b)(6)

RO ON LEAVE 12/18-1/4
-RO ALSO RETURNING FROM OI DUTY, REVIEWED ICS HISTORY AND F/U'S

-TP'S REQUESTED IA WITH SC/ SUBMITTED VERIFICATION OF EXPENSES BUT NO CIS/ IA INDICATOR ON MODULE
-RO REQUESTED CIS SEVERAL TIMES AND POA/TP FAILED TO PROVIDE/ DUE TO CASE DELAYS CAUSED BY OJI ASSIGNMENT, RO WILL GIVE ONE MORE DEADLINE BEFORE SUBMITTING CASE TO IAR


TP/POA CONTACT
    RESULTS:  RO CALLED POA TONY BRUNS.  ADVISED POA THAT CIS HAS NOT BEEN REC'D. RECAPPED DEADLINES AND DATES SPOKE W/ POA.
-POA STATED THAT TP'S OWE THEM FUNDS AS WELL, STATED HIS BOSS PULLED CASE FILE OFF HIS DESK

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                    **TIN:** ▮▮▮▮▮▮▮

-RO ASKED IF THEY ARE NO LONGER REPRESENTING TP'S/ POA PUT RO ON HOLD TO SPEAK W/ BOSS

-BRUNS ADVISED AS OF NOW THEY ARE STILL REPRESENTING TP'S, HOWEVER IF NOT GETTING PAID THEY MAY REFUSE TO DO ANYMORE WORK UNTIL SOME FUNDS ARE PAID
-RO ASKED PERMISSION TO CONTACT TP'S DIRECTLY/ POA ADVISED NO, SAID THEY ARE STILL REPS AT THIS POINT
-POA ADVISED HE PULLED CASE FILE AND HAS COPY OF ORIGINAL F9297 AND DISCUSSION NOTES/ AWARE IRS NEEDS CIS F433-A

-RO ADVISED A COMPLETED CIS MUST BE SUBMITTED BY FRI 1/22 OTHERWISE RO IS GOING TO SUMMONS TP'S FOR CIS AND SEND CASE TO IAR FOR REJECTION OF PROPOSED IA/ ONCE IA REJECTION APPROVED RO WILL THEN ISSUE FINAL DEMAND AND PROCEED W/ LEVY ACTION
-PROVIDED TP WITH CAP RIGHTS TO SPEAK W/ GM IF DISAGREES WITH RO'S PROPOSAL/ POA DECLINED EXERCISE CAP RIGHTS


DEADLINE GIVEN
    DATE DUE: 01/22/2010
    ACTION: COMPLETED CIS F433-A
    CONSEQUENCES: REJECT PROPOSED IA AND ISSUE CIS SUMMONS

---

ACTION DATE: 01/26/2010  SYSTEM DATE: 01/26/2010  CONTACT: PHONE  CREATE ID: 23073709

ATTEMPTED CONTACT


ATTEMPTED CONTACT
    RESULTS: RO REC'D VM FROM POA TONY BRINS ON 1/22. ADVISED THEY HAVE RESOLVED ISSUES WITH CLIENT AND ARE REPRESENTING TP'S BUT NEED ADDITIONAL TIME. TO COMPLETE CIS. REQUESTED CB TO DISCUSS.

RO PLAYED PHONE TAG W/ POA SEVERAL LAST WK. RO ON LEAVE 1/25. PLACED ANOTHER RTN CALL TO POA TODAY. IF NO CONTACT BY 2/1 RO WILL SERVE SUMMONS TO TP'S FOR CIS.

---

ACTION DATE: 01/28/2010  SYSTEM DATE: 01/28/2010  CONTACT: PHONE  CREATE ID: 23073709

TP/POA CONTACT
DEADLINE GIVEN

TP/POA CONTACT
    RESULTS: RO HAS BEEN PLAYING PHONE TAG W/ POA ALL WK. STATED THEY ARE NOW "BACK ON THE CASE AND TP HAS RECTIFIED THE ISSUE WITH THEM".

POA REQUESTED SOME ADDITIONAL TIME TO PULL DOCUMENTS TOGETHER. POA ASKED ABOUT AMENDED 2007 RTN. RO COULD SEE PER TXMOD THAT AMENDED RTN WAS REC'D AND A TC290 OF 0 WAS INPUT. POA WAS CONCERNED BECAUSE THAT WOULD REDUCE TP'S TAX BAL BY $7500 AND TP IS ENTITLED TO THAT DEDUCTION.
```

(b)(3):26
U.S.C § 6103

```
┌──────────────────────────────────────────────┐
│ ┌────────────────────────────────────────────┐ │
│ │          REQUESTOR: 9510-4053              │ │
│ │        ARCHIVE HISTORY TRANSCRIPT          │ │
│ │           HISTORY INFORMATION              │ │
│ └────────────────────────────────────────────┘ │
└──────────────────────────────────────────────┘
```

| Name: ARTHUR & GIGI STOVER | TIN: ██████████ |

(b)(3):26
U.S.C. § 6103

POA BASICALLY "BEGGED" PROMISING RO THAT NOW THEY ARE BACK ON CASE 100% THEY WILL "SEE TO IT" THAT THE ITEMS GET COMPLETED.

(b)(3):26
U.S.C. § 6103

BY 2/15/09: COPIES OF 2009 BANK STATEMENTS AND COMPLETED CIS F433-A ██████

RO ADVISED IF ALL DOCUMENTS NOT REC'D BY DEADLINE, RO IS GOING TO FORWARD CASE TO IAR AND THEN PROCEED WITH LEVY ACTION.

POA STATED HE WILL CONTACT TP'S TONIGHT AND HAVE THEM FORWARD BANK STATEMENTS TO RO DIRECTLY. STATED HE WANTS THEM SUBMITTED ASAP AS A SIGN OF "GOOD FAITH" AS WELL.

RO ADVISED WOULD LOOK INTO AMENDED RTN ISSUE AND GET BACK TO POA TOMORROW WITH MORE DETAILS

DEADLINE GIVEN
    DATE DUE: 02/15/2010
    ACTION: COMPLETED CIS F433-A ██████
    CONSEQUENCES: REJECT IA AND LEVY

(b)(3):26
U.S.C. § 6103

---

  ACTION DATE: 02/04/2010  SYSTEM DATE: 02/04/2010  CONTACT: PHONE  CREATE ID: 23073709

TP/POA CONTACT

(b)(3):26
U.S.C. § 6103

TP/POA CONTACT ██████████████████████████████████████████

REC'D PC FROM POA TODAY. STATED TP'S E-MAILED TO HIM THEIR 2009 BANK STATEMENTS ON PDF, WANTED TO E-MAIL RO.
-ADVISED NOT ALLOWED TO ACCEPT E-MAILS WITH TP DATA, ADVISED HE WILL HAVE TO PRINT AND FORWARD HARD COPIES

-POA ADVISED HE MET W/ MR TP YESTERDAY/ SAID THEY HAVE CIS FORMS ABOUT 80% COMPLETED/ SAID WILL HAVE THOSE OVER TO RO BY THE 2/15 DEADLINE
-STATED HE WILLH AVE SECRETARY RUN PRINTS OF STATEMENTS AND HAVE THEM PUT IN THE MAIL TO RO NO LATER THAN TOMORROW

---

  ACTION DATE: 02/10/2010  SYSTEM DATE: 02/10/2010  CONTACT: OTHER  CREATE ID: 23073709

GENERAL HISTORY

(b)(3):26
U.S.C. § 6103

REC'D BANK STATEMENTS VIA MAIL
-RO HOLDING TO REVIEW UNTIL COMPLETED CIS F433-A ██████ARE REC'D/ DUE DATE 2/15

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                     TIN: ▮▮▮▮▮▮▮

ACTION DATE: 03/01/2010  SYSTEM DATE: 03/01/2010  CONTACT: OTHER  CREATE ID: 23073709

(b)(3):26
U.S.C. §6103   ATTEMPTED CONTACT
GENERAL HISTORY
COLLECTION INFORMATION STATEMENT
                                                                      (b)(3):26
                                                                      U.S.C. §6103

REVIEWED CIS ▮▮▮▮▮▮ F433-A AND SUPPORTING BACKUP DOCUMENTATION.



-FORM 433-A LISTS RENTAL REAL ESTATE BUT NOT PROFIT & LOSS FOR RENTAL PROPERTY PRESENTED
(b)(3):26   -LISTED P&L FOR GIGI STOVER REAL ESTATE AGENT SOLE PROP
U.S.C. §6103   -DURING REVIEW OF EXPENSES RO NOTICED THAT TP'S ARE CLAIMING AUTO EXPENSES AND LEASE EXPENSE ON
F1120-S/ TP'S ALSO CLAIMING OWNERSHIP & OPERATING COSTS ON CIS FORM 433-A, AND CLAIMING AUTO EXPENSE
ON SOLE-PROP P&L FOR GIGI STOVER
(b)(3):26   -TP'S LIST ▮▮▮▮▮▮▮▮▮▮▮ ONLY 2 VEHICLES ON F433-A, ONLY ONE SHOWING OWNERSHIP COSTS
U.S.C. §6103   RO NEEDS FURTHER CLARIFICATION OF THESE ITEMS AS WELL

ASSETS:



F433-A

-FS JOINT, 2 CHILDREN (DAUGHTERS AGES 15 & 11)/ FAMILY OF 4
-MRS TP ONLY CLAIMING EMPLOYMENT FROM SOLE-PROP REAL ESTATE SALES

BANK ACCOUNTS: BANK OF AMERICA CHECKING A/C# 002371522367

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**          **TIN:** █████████

INVESTMENTS: NONE
REAL ESTATE:
 1401 VENETIAN WAY DR, WAXHAW NC, FMV $800,000, LOAN BAL $619,500, MTHLY PYMT $4684
 2504 S OCEAN BLVD UNIT #405, MYRTLE BEACH SC, FMV $60,000, LOAN BAL $84,000, MTHLY PYMT $735
 2504 S OCEAN BLVD UNIT #406, MYRTLE BEACH SC, FMV $60,000, LOAN BAL $89,000, MTHLY PYMT $761
 19 BIELAK RD, ORCHARD PARK NY, FMV $136,000, LOAN BAL $126,000, MTHLY PYMT $1486
LIFE INSURANCE: MARKED YES BUT INFO LISTED AS N/A????
HOUSEHOLD ITEMS: "VARIOUS $7000"
VEHICLES:
 2006 NISSAN MAXIMA, FMV $12,000, PURCHASED 9/2009
 2006 CADILLAC ESCALADE, FMV "N/A", MTHL AMOUNT $843, PURCHASED 6/2006


-TP'S PROVIDED VERIFICATION THAT ORCHARD PARK NY PROPERTY IS IN THREAT OF FORECLOSURE/ TP'S REC'D
ACCELERATED NOTICE IN JAN 2010/ PER LTR MTG HASN'T BEEN PAID SINCE OCT 2009
-NO P&L WAS SUBMITTED FOR RENTAL PROPERTY

-TP'S CLAIMING MTHLY INCOME $1189 (FROM MRS TP'S SOLE-PROP) AND MTHLY EXPENSES OF $11,339
-EVEN IF INCLUDE RO'S BMF MTHLY NET INCOME FROM LLC TP'S INCOME WOULD ONLY BE $5136/ IF RO DISALLOWED
VEHICLE EXP SINCE CLAIMED ON F1120-S AND DISALLOWED FROM SOLE-PROP AS WELL, TP'S EXPENSES WOULD BE
REDUCED TO $10,460/ THIS IS STILL INSUFFICIENT TO PAY MTHLY EXPENSES

-COPIES OF BILLS SUBMITTED TO REFLECT THAT TP'S ARE MAINTAINING AN OUTSTANDING BALANCE ON MAJORITY
OF BILLS
-HOWEVER TP'S ALSO SUBMITTED 2009 F1098 WHICH REPORTS $30,851 OF MTG INTEREST PAID/ TP'S ARE NOT
REPORTING INCOME BUT MANAGING TO PAY HOME MTG


ATTEMPTED CONTACT
     RESULTS:

RO CALLED POA AND LM4CB/ RO NEEDS TO FIND CLARIFICATION OF THE FOLLOWING ITEMS:

1) IS LEASE EXPENSE CLAIMED ON F1120-S FOR CADILLAC ESCALADE? ARE TP'S "DOUBLE DIPPING" WITH AUTO
EXPENSES CLAIMING THEM ON F1120-S, SOLE-PROP P&L AND ON F433-A?
2) NO PROOF OF LIFE INSURANCE SUBMITTED. TP'S CHECK YES THEN LIST N/A BUT CLAIM $480 P/M ON F433-A
EXPENSES. RO WANTS PROOF OF INSURANCE, VERIFICATION OF YEARLY PREMIUM, VERIFICATION OF CASH VALUE
AND LOAN BALANCE IF APPLICABLE?
3) P&L FOR RENTAL PROPERTY REQUIRED
4) NO PROOF OF HEALTH INSURANCE REC'D


-RO ON FLEX AND ACCIDENTEDLY LEFT BANK STATEMENTS IN OFFICE/ NEED TO COMPARE DEPOSITED ITEMS AT LATER
DATE

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                    **TIN:** ███████████

ACTION DATE: 03/01/2010                    CREATE ID: 23073709

Systemic History: FOLLOW UP - ICS

Follow up (BAL DUE/DEL RET) created for: 03/03/2010   ARTHUR & GIGI STOVER- RTN CALL POA

ACTION DATE: 04/12/2010   SYSTEM DATE: 04/12/2010   CONTACT: OTHER   CREATE ID: 23073709

GENERAL HISTORY

REVIEWED BANK STATEMENTS AND TOTALED DEPOSITS

-REVIEWED BUSINESS CHECKING A/C# ████████████
-TOTAL DEPOSITS FOR 2009 $307,544.59/ TP RECEIVES MONTHLY DEPOSITS FROM ALLSTATE INSURANCE (LOWEST AMT REC'D $10,995.53)
-RO DID NOTICE IN FEB 2009 2 WIRE TRANSFERS CAME THRU FROM MELLON BANK TO ART & GIG STOVER TOTALING $110,573.82
-RO ALSO NOTICED MONTHLY TRANSFERS TO TP'S PERSONAL ACCOUNT

-LLC ACCOUNT IS ISSUED 2 DEBIT CARDS #████████████████  AND ████████████████
-RO ALSO NOTICED THAT ALMOST ALL THESE TRANSACTIONS APPEAR TO BE PERSONAL EXPENSES SUCH AS GROCERY STORES, PHARMACY, RESTAURANTS, AUTO STORES, DEPT STORES & PETS STORE (IE: HARRIS TEETER, LOWE'S FOODS, CVS, PETSMART, RESTAURANTS, AUTOBELL, MESSAGE ENVY, TARGET, BELK, CHIROPRATIC, CLEANERS, BIBLE SOCIETY, FELLOWSHIP)
-TOTAL DEBIT CARD TRANSACTIONS FOR 2009 $41,126.50

-TOTAL 2009 TRANSFERS INTO TP'S PERSONAL BANK ACCOUNTS FROM LLC ACCOUNT $128,100
-RO ALSO NOTICED MR TP HAS BEGUN RECEIVING DIRECT DEPOSITS FROM ADVANCED EDUCATION WHICH APPEAR ON A BI-WEEKLY BASIS WHICH BEGAN IN JUN/ ON AVERAGE APPROX $900 BI-WEEKLY
-TOTAL 2009 IMF DEPOSITS (EXCLUDING REFUND ITEMS & RTN CHK FEES) $177,806.98

-IF RO CALCULATES IMF DEPOSITED INCOME AS 2009 YEARLY GROSS INCOME OF $177,806.98 PLUS PERSONAL TRANSACTIONS PAID FOR OUT OF LLC ACCOUNT TOTALING $41,126.50/ TP'S HAD TOTAL 2009 INCOME OF $218933.48 OR $18,244.46 P/M/ THIS IS MORE IN LINE WITH THE EXPENSES TP IS CLAIMING ON CIS/ TP IS CLAIMING TO PAY OUT $11339 A MTH IN EXPENSES, BJT ONLY CLAIMING TO MAKE $1189 P/M IN INCOME

-CALCULATED ALE CALCULATOR/ RO DISALLOWED VEHICLE EXPENSES SINCE PAID FOR BY THE LLC
-RO ALLOWING HEALTH INSURANCE (WHICH VERIFICATION HAS NOT BEEN SUBMITTED) AND DISALLOWED LIFE INSURANCE (SINCE APPEARS TO BE WHOLE VALUE)/ BASED ON NAT'L STDS AND MTLY INCOME OF $18244, TP'S HAVE AN ATP OF $14,221

ACTION DATE: 04/12/2010   SYSTEM DATE: 04/12/2010   CONTACT: PHONE   CREATE ID: 23073709

ATTEMPTED CONTACT

ATTEMPTED CONTACT

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                    **TIN:** ▮▮▮▮▮▮▮

RESULTS: RO HAD REC'D VM FROM POA IN RESPONSE TO RO'S QUESTIONS ON CIS. RO WAITED UNTIL BANK STATEMENTS REVIEWED TO PLACE RTN CALL. RO CALLED POA TO DISCUSS THE ISSUE LISTED BELOW. LM4CB.

2) TOTAL 2009 TRANSFERS INTO TP'S PERSONAL BANK ACCOUNTS FROM LLC ACCOUNT $128,100/ DIRECT DEPOSITS FROM ADVANCED EDUCATION WHICH APPEAR ON A BI-WEEKLY BASIS WHICH BEGAN IN JUN/ ON AVERAGE APPROX $900 BI-WEEKLY/ TOTAL 2009 IMF DEPOSITS (EXCLUDING REFUND ITEMS & RTN CHK FEES) $177,806.98

3) IF RO CALCULATES IMF DEPOSITED INCOME AS 2009 YEARLY GROSS INCOME OF $177,806.98 PLUS PERSONAL TRANSACTIONS PAID FOR OUT OF LLC ACCOUNT TOTALING $41,126.50/ TP'S HAD TOTAL 2009 INCOME OF $218933.48 OR $18,244.46 P/M/ TP IS CLAIMING TO PAY OUT $11339 A MTH IN EXPENSES, BUT ONLY CLAIMING TO MAKE $1189 P/M IN INCOME

6) FORM 433-A LISTS RENTAL REAL ESTATE BUT NO PROFIT & LOSS FOR RENTAL PROPERTY PRESENTED

7) DURING REVIEW OF EXPENSES RO NOTICED THAT TP'S ARE CLAIMING AUTO EXPENSES AND LEASE EXPENSE ON F1120-S/ TP'S ALSO CLAIMING OWNERSHIP & OPERATING COSTS ON CIS FORM 433-A, AND CLAIMING AUTO EXPENSE ON SOLE-PROP P&L FOR GIGI STOVER
-TP'S LIST ▮▮▮▮▮▮▮▮▮▮ ONLY 2 VEHICLES ON F433-A, ONLY ONE SHOWING OWNERSHIP COSTS
-RO DISALLOWING ALL VEHICLE EXPENSE ON IMF F433-A

8) VERIFICATION OF CASH VALUE ON LIFE INSURANCE

ACTION DATE: 04/12/2010   SYSTEM DATE: 04/12/2010   CONTACT: PHONE   CREATE ID: 23073709

TP/POA CONTACT
DEADLINE GIVEN

TP/POA CONTACT
RESULTS: RO REC'D PC FROM POA. RO WAS ON THE PHONE WITH POA FOR APPROX AN HOUR GOING OVER POA'S FINDINGS. BY THE END OF THE CONVERSATION POA WAS VERY CONFUSED AND CONCERNED.

REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION

(b)(3):26
U.S.C. § 6103

Name: ARTHUR & GIGI STOVER                    TIN:

-POA STATED THAT RO IS NOT TAKING INTO CONSIDERATION TP'S INCOME FROM P&L/ SAID IT WAS HIS
UNDERSTANDING THAT RO WOULD CARRY OVER THE NUMEBRS

-RO ADVISED THIS STILL DOESN'T COME CLOSE TO THE $10K+ THAT TP'S TRANSFERED FROM BUSINESS A/C TO
IMF A/C, AND THAT DOESN'T INCLUDE MTHLY PERSONAL EXP CLAIMED

-RO THEN ASKED ABOUT MTHLY INCOME FROM RENTAL PROPERTY/ ADVISED A P&L IS NEEDED FOR THIS AS WELL
-AT FIRST POA THOUGHT THAT SEC 6 WAS FOR RENTAL PROPERTY
-RO POINTED OUT THAT ON LINE 47 OF CIS F433-A THEY CLAIM MRS TP IS SELF-EMPL REAL ESTATE AGENT/ EXP
ATTACHED ON SCHEDULE APPEAR TO BE RELATED TO REAL ESTATE BMF EXP
-RO ALSO POINTED OUT THAT SEVERAL OF THE ITEMS PAID FOR ON DEBIT CARD APPEAR TO BE RELATED TO MRS
TP REAL ESTATE BUSINESS

-RO ALSO QUESTIONED WHETHER OR NOT TP'S WERE "DOUBLE DIPPING" WITH VEHICLES EXPENSES ON CIS/ RO
EXPLAINED VEHICLE &LEASE EXP BEING CLAIMED ON P&L FOR F1120 AND THEN ON P&L FOR SELF-EMP

-RO ALSO ADVISED WILL NEED VERIFICATION OF HEALTH INSURANCE AS WELL AS INFO ON LIFE INSURANCE

-AT FIRST POA BECAME VERY DEFENSIVE/ POA EXPLAINED THAT THEY DO ALL THE ACCOUNTING FOR TP'S BUSINESS
AND THAT THE "GIRLS" KNOW IF THEY ARE ANY PERSONAL EXPENSES THEY SHOULD BE CLASSIFIED AS A DISTRIBUTION
OR A LOAN

-THAT REMINDED ME TO ASK TP ABOUT THE LOAN ISSUE ON CIS/ RO EXPLAINED THEY CLAIMED LOAN TO OFFICER;S
ON ONE LINE AND LOAN FROM OFFICER'S OF THE SAME AMT ON ANOTHER
-POA PULLED 2008 RTN AND STATED THAT WAS A TYPO AND SHOULD BE LOAN FROM OFFICER
-POA ALSO ADVISED THAT PER 2008 RENTAL PROPERTIES WERE $52K LOSS

-RO THEN MENTION DEPOSITS IN FEB 2009 FROM MELLON BANK MADE OUT TO ART & GIGI STOVER/ RO ASKED IF
THAT WAS PART OF THE LOAN
-POA WAS NOT SURE BUT WOULD INQUIRE

-RO ADVISED POA NOT CONDUCTING AN AUDIT BUT NEEDS TO VERIFY INCOME
-RO ADVISED THEY CAN NOT CLAIM TO MAKE APPROX $5K PER MTH AND PAY OUT APPROX $12K IN PERSONAL EXPENSES

-RO ALSO ADVISED THAT IF THEY'RE RENTAL PROPERTIES COST THEM $52000 IN LOSSES LAST YR AND THEY ARE
PAYING APPROX $3K PER MTH IN MORTGAGES, PROPERTIES WILL BE REQUIRED TO BE SOLD
-POA CLAIMS THAT TP'S MAY NOT BE ABLE TO SELL SINCE THEY ARE FLIP FLOPPED MTGS, THEY OWE MORE THAN
THEY'RE WORTH

-POA ALSO ADVISED TP'S ARE BEHIND IN MTG ON PERSONAL RESIDENCE/ BASED ON STATEMENTS APPEARS TP WAS
2 MTHS BEHIND AT THAT TIME
-RO ADVISED IRS IS NOT GOING TO ALLOW THEM TO CONTINUE TO PAY ON MORTGAGES THAT BRING THEM

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                                        TIN: ███████

NO INCOME WHEN THEY COULD PAY TOWARDS IRS DEBT

-RO ALSO ADVISED THAT IT DOESN'T MATTER IN COLLECTIONS IF TP'S ARE CLASSIFYING INCOME AS LOANS OR
DISTRIBUTIONS BUT IT HAS TO BE CLAIMED SOME HOW
-RO ADVISED TP'S TRANSFERRED APPROX $128K INTO PERSONAL ACCOUNTS/ ADVISED THIS NEEDS TO BE REFLECTED
ON CIS IN SOME WAY

(b)(3):26
U.S.C. § 6103

-POA THEN SAID HE HAS TO REVIEW THIS INFO AND GET BACK TO RO
-POA ASKED FOR AT LEAST 2 WKS SINCE A FEW DAYS AWAY FROM 4/15

RO SET DEADLINE UNTIL 4/30 FOR THE FOLLOWING:

1) VERIFICATION OF HEALTH INSURANCE
2) VERIFICATION OF LIFE INSURANCE/ CASH VALUE AND PROOF OF LOAN OUTSTANDING (IF APPLICABLE)
3) COPY OF 2009 F1120
4) EXPLANATION OF FEB 2009 DEPOSIT FROM MELLON BANK
5) VERIFICATION THAT AUTO EXPENSES ARE NOT BEING "DOUBLE DIPPED"
6) P&L FOR RENTAL PROPERTY
7) CLARIFICATION OF WHETHER IT IS A LOAN TO OFFICER OR FROM OFFICER
8) CLARIFICATION OF TP'S MTHLY INCOME

(b)(3):26
U.S.C. § 6103

-PER POA HE IS SENDING TP AS E-MAIL TO START SECURING VERIFICATION TODAY

DEADLINE GIVEN
    DATE DUE: 04/30/2010
    ACTION: VERIFICATION OF INCOME & EXPENSES
    CONSEQUENCES: LEVY ACTION

_____

ACTION DATE: 04/23/2010  SYSTEM DATE: 04/23/2010  CONTACT: OTHER  CREATE ID: 23073709

(b)(3):26
U.S.C. § 6103

GENERAL HISTORY

REC'D COPY OF 2009 F4868 (1040)

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

| Name: ARTHUR & GIGI STOVER | TIN: ██████████ |
|---|---|

ACTION DATE: 04/26/2010   SYSTEM DATE: 04/26/2010   CONTACT: OTHER   CREATE ID: 23073709

REVIEWED


RO REC'D ATAT POSITION IN RICHMOND TERRITORY
-REVIEWED CASE ENTITY TO PREPARE PLOA AND VERIFY ISSUES FOR POSSIBLE RO RETENTION
 PER TM

-PPIA ON MODULE/ WILL NEED IAR BEFORE L1058 OR ENFORCED COLLECTION ACTION CAN PROCEED

PLOA: RO REC'D AND REVIEWED CIS AND SUPPORTING BANK DOCUMENTATION
-TP'S TRANSFERED APPROX $128K INTO PERSONAL ACCOUNTS/ DISCUSSION HELD WITH POA ADVISING THIS NEEDS
TO BE REFLECTED ON CIS IN SOME WAY
-SEE ICS HISTORY ENTRIES DATED 3/1/2010 & 4/12/2010 FOR CIS AND ANALYSIS DETAILS
-RO SET DEADLINE UNTIL 4/30 FOR THE FOLLOWING:

1) VERIFICATION OF HEALTH INSURANCE
2) VERIFICATION OF LIFE INSURANCE/ CASH VALUE AND PROOF OF LOAN OUTSTANDING (IF APPLICABLE)
3) COPY OF 2009 F1120
4) EXPLANATION OF FEB 2009 DEPOSIT FROM MELLON BANK
5) VERIFICATION THAT AUTO EXPENSES ARE NOT BEING "DOUBLE DIPPED"
6) P&L FOR RENTAL PROPERTY
7) CLARIFICATION OF WHETHER IT IS A LOAN TO OFFICER OR FROM OFFICER
8) CLARIFICATION OF TP'S MTHLY INCOME

-POSSIBLE FORCED SALE OF RENTALY PROPERTIES SINCE NOT GENERATING INCOME
-POSSIBLE CNC W/ 1 YEAR TO ADJUST LIFESTYLE OR IA STARTING AT REDUCED AMT WITH INCREASE TO ATP AFTER
1 YR TO ADJUST LIFESTYLE




ACTION DATE: 05/19/2010   SYSTEM DATE: 05/19/2010   CONTACT: OTHER   CREATE ID: 23073709

GENERAL HISTORY

(b)(3):26
U.S.C. § 6103

RO CONDUCTED YK1 RESEARCH DURING ATAT TRAINING

ACTION DATE: 05/28/2010   SYSTEM DATE: 05/28/2010   CONTACT: OTHER   CREATE ID: 23073709

GENERAL HISTORY


-RO REC'D RESPONSE TO INFORMATION REQUEST/ DOCUMENTS IN FRONT OF CASE FILE
-RO HAS NOT ABLE TO REVIEW PRIOR TO REASSIGNMENT

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                                    **TIN:** ███████████

-PENDING IA ON MODULE/ WILL NEED IAR BEFORE L1058 OR ENFORCED COLLECTION ACTION CAN PROCEED

PLOA: RO REC'D AND REVIEWED CIS AND SUPPORTING BANK DOCUMENTATION
-TP'S TRANSFERRED APPROX $128K INTO PERSONAL ACCOUNTS/ DISCUSSION HELD WITH POA ADVISING THIS NEEDS
TO BE REFLECTED ON CIS IN SOME WAY
-SEE ICS HISTORY ENTRIES DATED 3/1/2010 & 4/12/2010 FOR CIS AND ANALYSIS DETAILS
-RO SET DEADLINE UNTIL 4/30 FOR THE FOLLOWING:

1) VERIFICATION OF HEALTH INSURANCE
2) VERIFICATION OF LIFE INSURANCE/ CASH VALUE AND PROOF OF LOAN OUTSTANDING (IF APPLICABLE)
3) COPY OF 2009 F1120
4) EXPLANATION OF FEB 2009 DEPOSIT FROM MELLON BANK
5) VERIFICATION THAT AUTO EXPENSES ARE NOT BEING "DOUBLE DIPPED"
6) P&L FOR RENTAL PROPERTY
7) CLARIFICATION OF WHETHER IT IS A LOAN TO OFFICER OR FROM OFFICER
8) CLARIFICATION OF TP'S MTHLY INCOME

-POSSIBLE FORCED SALE OF RENTALY PROPERTIES SINCE NOT GENERATING INCOME
-POSSIBLE CNC W/ 1 YEAR TO ADJUST LIFESTYLE OR IA STARTING AT REDUCED AMT WITH INCREASE TO ATP AFTER
1 YR TO ADJUST LIFESTYLE

---

ACTION DATE: 05/28/2010   SYSTEM DATE: 05/28/2010   CONTACT: PHONE   CREATE ID: 23073709

ATTEMPTED CONTACT

ATTEMPTED CONTACT
        RESULTS: RO HAD REC'D VM FROM POA REGARDING STATUS OF CASE. RO CALLED AND LEFT DETAILED VM.
ADVISED FAXES WERE REC'D BUT EXPLAINED RO WAS TRANSFERING TO ANOTHER GRP AND DUE TO INVENTORY LEVELS
CASES WERE BEING TRANSFERED TO GREENSBORO OFFICE. APOLOGIZED FOR DELAY AND ADVISED POA HE SHOULD
BE CONTACTED BY NEW RO IN 3-6 WKS.

---

ACTION DATE: 06/04/2010   SYSTEM DATE: 06/04/2010   CONTACT: OTHER   CREATE ID: 23075907

GENERAL HISTORY

Pulled for TM workload project by Darlene Hedrick Territory Secretary

---

ACTION DATE: 06/04/2010                         CREATE ID: 23073701

Systemic History: TRANSFER - ICS

REQUESTED BULK TRANSFER FROM RO 23073709 TO RO 23074201

Case 3:20-cv-00579-TEJ-DCK   Document 31-3   Filed 09/19/22   Page 29 of 41

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                    **TIN:** ▇▇▇▇▇▇▇

---

ACTION DATE: 06/04/2010                      CREATE ID: 23074201

Systemic History: ENTITY UPDATED - ICS


SUB CASE CODE updated from (903) POTENTIAL SIGNIF EQTY - FRM ACS
                    to (000) COMPLIANCE TDA/TDI

---

ACTION DATE: 06/04/2010                      CREATE ID: 23074201

Systemic History: TRANSFER - ICS


REQUESTED BULK TRANSFER FROM RO 23074201 TO GROUP 23074000

---

ACTION DATE: 06/05/2010                      CREATE ID: 00000000

Systemic History: ENTITY UPDATE - IDRS


IDRS POA RECORD HAS ADDED TO ICS: REP ID: ▇▇▇▇▇▇ NAME: ED LLOYD

---

ACTION DATE: 06/07/2010                      CREATE ID: 23074001

Systemic History: ENTITY UPDATE - IDRS


INITIAL CONTACT DUE DATE 07/07/2010 - 30 DAYS

---

ACTION DATE: 06/07/2010                      CREATE ID: 23074001

Systemic History: ENTITY UPDATED - ICS


PRIMARY ASSIGNMENT NUMBER UPDATED to 23074019

---

ACTION DATE: 06/07/2010                      CREATE ID: 23074001

Systemic History: ASSIGNMENT - ICS


REASSIGNED TO: ASGMT # 23074019 EMPLOYEE NAME CRAIG  WEEKS

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                    **TIN:** ████████

ACTION DATE: 06/11/2010   SYSTEM DATE: 06/11/2010   CONTACT: OTHER   CREATE ID: 23074019

GENERAL HISTORY

Received case transferred as part of TM territory project.  Reviewed prior RO case file and ICS history.  RO was close to recommending a resolution but still needed additional information from TP/POA to substantiate and explain items on CIS.  Information was provided but prior RO didn't have the time to review prior to her transfer to another position.

I completed a preliminary review of the information in the file as well as the recent documentation provided by the POA.  Checked the values shown for the real property shown on the CIS and compared them with the county records.  All properties have mortgages, the Myrtle Beach properties are the only ones with equity.  The values shown on the CIS are $60,000 but Horry Co shows a value of $115,000.  TPs claim the properties are condemned and in very poor condition.  They haven't made a mortgage payment in 8 months.  I noted on the copy of the Sch E for 2009 the TPs show rental income from the two Myrtle Beach properties as well as the property in Erie Co NY.  I verified NFTLs are filed in all locations.

433A shows income of $1169/month but expenses total $11339.  Prior RO noted the TPs business was paying him back and this income needed to be reflected on the CIS.

Most other documentation in reference to verification of health and insurance expenses was provided.  Information was provided via fax to prior RO on 04/30/2010 and POA promised to provide additional documentation shortly.  Since that time, POA has contacted RO but was advised of case re-assignment.

Verified on IDRS an extension is filed for 30/2009/12.

(b)(3):26
U.S.C. § 6103

Plan of action: Further review documentation, contact POA to discuss issues and determine what other information is needed.  May have to contact RO in Myrtle Beach to determine if county values are accurate.

ACTION DATE: 06/11/2010                    CREATE ID: 23074019

Systemic History: FOLLOW UP - ICS

Follow up (BAL DUE/DEL RET) created for: 07/07/2010   ARTHUR & GIGI STOVER Contact POA

ACTION DATE: 07/06/2010   SYSTEM DATE: 07/06/2010   CONTACT: OTHER   CREATE ID: 23074019

GENERAL HISTORY

Spoke with RO Stegall in the Myrtle Beach office.  Discussed the values of the property.

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                                    **TIN:** ▉▉▉▉▉

She advised some of the county assessments could be five years old and there is a possibility those provided by the POA could be correct. She agreed to complete a drive by and look at the county property records as she is going in the field tomorrow. I will request an OI to be directly assigned to her.

The property is located at 2504 S Ocean Blvd, Unit 405, Myrtle Beach, SC.

I will extend timeframe to contact POA due to I would like to have all information prior.

---

ACTION DATE: 07/06/2010                          CREATE ID: 23074019

Systemic History: FOLLOW UP - ICS

Follow up (BAL DUE/DEL RET) updated for: 07/30/2010   ARTHUR & GIGI STOVER Contact POA

---

ACTION DATE: 07/06/2010                          CREATE ID: 23074019

Systemic History: NEW MODULE - ICS

OUTGOING OI 00000001 - OTHER - SEE REMARKS - SPECIFIC RO to 23124522

---

ACTION DATE: 07/07/2010   SYSTEM DATE: 07/07/2010   CONTACT: FIELD   CREATE ID: 23124522

REAL PROP SEARCH
PERSONAL PROP SEARCH
ST./LOCAL GOVT. SEARCH

ST./LOCAL GOVT. SEARCH
    Not an IRC 7602(c) 3rd Party Contact
    RESULTS: As discussed with RO Weeks, field visit to the Horry County Courthouse.

REAL PROP SEARCH
    Not an IRC 7602(c) 3rd Party Contact
    RESULTS: see below

PERSONAL PROP SEARCH
    Not an IRC 7602(c) 3rd Party Contact
    RESULTS: see below


Tax Assessor Indices:
MBP 186-08-02-213 - Gigi L Stover
    Last appraisal date: 7/10/2008
    Unit 405, Palmetto Vista II HPR
    Value per County of $115,000
    RE: Deed Book 3225, page 1989

```

```
┌─────────────────────────────────────────┐
│         REQUESTOR: 9510-4053             │
│       ARCHIVE HISTORY TRANSCRIPT         │
│         HISTORY INFORMATION              │
└─────────────────────────────────────────┘
```

| Name: ARTHUR & GIGI STOVER | TIN: ██████ |
|---|---|

County Real Estate Taxes paid through 2009 - $1,721.55


MBP 186-08-02-214 - Gigi L Stover
   Last appraisal date: 7/10/2008
   Unit 406, Palmetto Vista II HPR
   Value per County of $115,000
   RE:  Deed Book 3225, page 2006
     County Real Estate Taxes paid through 2009 - $1,721.55


Personal Property - Gigi L Stover
  Account # 154403 - furniture for Unit 405 Palmetto Vista
  Assessed Value of $310

  Account # 154404 - furniture for Unit 406 Palmetto Vista
  Assessed Value of $310


Grantee/Grantor Indices as to Arthur and/or Gigi Stover:

3/1/2007                    Grantee:  Gigi L  Stover
Deed Bk. 3225/1989          Grantor:  Johnmar Development LLC
       Consideration:  $105,000
       Property: Unit 405, Palmetto Vista II
       Notes:  2504 S. Ocean Blvd, #405, Myrtle Beach 29577
       MBP: 186-08-02-213


3/1/2007                    Grantee:  Gigi L Stover
Deed Bk. 3225 / 2006        Grantor:  Johnmar Development LLC
       Consideration:  $105,000
       Property: Unit 406, Palmetto Vista II
       Notes: 2504 S. Ocean Blvd., #406, Myrtle Beach 29577
       MBP: 186-08-02-214


3/1/2007                    Mortgagor: Gigi L Stover
Mtg. Bk. 4858/1104          Mortgagee:  Bank of America
     Loan Amount: $84,000 due 3/1/2047
     Re:  Unit 405 - MBP 186-08-02-213


3/1/2007                    Mortgagor: Gigi L Stover
Mtg. Bk. 4858/1226          Mortgagee: Bank of America
     Loan Amount: $ 84,000 due 3/1/2047
     Re:  Unit 405 - MBP 186-08-02-214

```
┌─────────────────────────────────────────────┐
│         REQUESTOR: 9510-4053                  │
│        ARCHIVE HISTORY TRANSCRIPT             │
│          HISTORY INFORMATION                  │
└─────────────────────────────────────────────┘
```

┌─────────────────────────────────────────────────────────────────────────┐
│  Name: ARTHUR & GIGI STOVER                            TIN: ██████████    │
└─────────────────────────────────────────────────────────────────────────┘


3/1/2007                    Mortgagor:  Gigi L Stover
Mtg. Bk. 4858/1247          Mortgagee: Bank of America
          Loan Amount: $10,500 due 3/1/2022
          Re:  Unit 406
          Notes:


7/28/2009                   Lienee:  Arthur & Gigi Stover
Lien Bk. 173 / 1681         Lienor: US Treasury / IRS
          Period:  30/2007-12
          Assessment Date:  11/24/2008
          Note:  SLID 566394209


Lis Pendens/Common Pleas/Judgment Indices:
No listing for Arthur and/or Gigi Stover
Note - No foreclosure actions filed even though TP has stated several months behind in mortgages
as to the Myrtle Beach properties.


Also, conducted search as to Stover Agency/Stover Agency LLC, as well as Marquel - entities mentioned
in the ICS history as being related to taxpayers.  No recordations under these names.


As to the value of the condo units, with the exception of some properties deeded for " $5, love and
affection," there has been no sales since 2007/2008. These transactions were in the same area as
when Ms. Stover purchased the two units.


Intent: Drive by of properties.


────────────────────────────────────────────────────────────────────────────
  ACTION DATE: 07/13/2010  SYSTEM DATE: 07/14/2010  CONTACT: FIELD  CREATE ID: 23124522

GENERAL HISTORY


Drive by of the South Ocean Blvd complex.  Palmetto Vistas is an older complex - the second phase
where the condo units are located in only four stories high.  From the street level, could see that
the TP's units are side-by-side.  The complex is on the non-ocean side of Ocean Blvd., but near a
public ocean access.

It should be noted that the complex is directly across from a newer complex, Holiday Sands.  There
is a sign outside of Holiday Sands that is has condos for sale within the complex starting at $99,000.

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

| Name: ARTHUR & GIGI STOVER | TIN: ▮▮▮▮▮▮ |
|---|---|

Taking this into consideration, as well as the fact that there have been no comparable sales in the last year +, I would estimate that the value of each condo to be some $85,000 - $90,000.

---

ACTION DATE: 07/14/2010  SYSTEM DATE: 07/14/2010  CONTACT: OTHER  CREATE ID: 23124522

GENERAL HISTORY

Closing OI as to the Horry County properties this date.  E-mailed pictures of the complex to RO Weeks - previously sent him website -www.palmettovistamyrtlebeach.com

Should additional information be needed, please feel free to contact my at 843-916-2327 x 122.

---

ACTION DATE: 07/14/2010                                    CREATE ID: 23124522

Systemic History: INVENTORY ITEM CLOSED - ICS

 OI - ACTION ACCEPTED              00000001

---

ACTION DATE: 07/29/2010  SYSTEM DATE: 07/29/2010  CONTACT: OTHER  CREATE ID: 23074019

GENERAL HISTORY

OI investigation completed by RO Stegall.  Even though she determined the values to be slightly higher than those shown on the 433A, there isn't sufficient equity to pursue based upon forced sale value. There are mortgages senior to the NFTLs.

---

ACTION DATE: 07/29/2010  SYSTEM DATE: 07/29/2010  CONTACT: PHONE  CREATE ID: 23074019

ATTEMPTED CONTACT

ATTEMPTED CONTACT
    RESULTS: Reviewed prior RO history once again.  Based upon the information she secured and analysis made, the TPs would be able to pay approximately $14,000 per month on an IA.  All assets are encumbered.  I called POA Tony Bruns to discuss the case, left a VM message. Advised I had been assigned TPs case.

---

ACTION DATE: 07/30/2010                                    CREATE ID: 23074019

Systemic History: FOLLOW UP - ICS

Follow up (BAL DUE/DEL RET) updated for: 08/10/2010  ARTHUR & GIGI STOVER FU if no response from POA, issue L3174/L1058

```
┌─────────────────────────────────────────────────┐
│           REQUESTOR: 9510-4053                    │
│           ARCHIVE HISTORY TRANSCRIPT              │
│           HISTORY INFORMATION                     │
└─────────────────────────────────────────────────┘
```

| Name: ARTHUR & GIGI STOVER | TIN: ███████ |
|---|---|

---

ACTION DATE: 08/02/2010   SYSTEM DATE: 08/02/2010   CONTACT: PHONE   CREATE ID: 23074019

ATTEMPTED CONTACT


ATTEMPTED CONTACT
     RESULTS: Received a VM Message from POA Tony Bruns, called back, left a VM message.  Requested he call me back.

---

ACTION DATE: 08/13/2010   SYSTEM DATE: 08/13/2010   CONTACT: PHONE   CREATE ID: 23074019

TP/POA CONTACT


TP/POA CONTACT
   RESULTS: Received a VM message from POA Bruns.  Called back and spoke with him.  He is getting ready to leave the office for an appt and didn't have much time to discuss at this point.  I briefly advised him the case had been re-assigned to me and the prior RO had made a determination for an IA.  At this point he didn't have the file with him nor did he have time to review it.  He requested we set up an appt to have a call to discuss further.  Set phone appt for 08/19/2010, 9:00 AM.

NOTE: I now noted there is a TC 971-043 on the bal due and POA confirmed TPs had requested an IA therefore if we can't come to an agreement, the case will have to go to the IAR prior to any enforcement action being taken.

---

ACTION DATE: 08/19/2010   SYSTEM DATE: 08/19/2010   CONTACT: PHONE   CREATE ID: 23074019

ATTEMPTED CONTACT


ATTEMPTED CONTACT
     RESULTS: Called POA Bruns to discuss case.  Left a message on his VM.

---

ACTION DATE: 08/23/2010   SYSTEM DATE: 08/23/2010   CONTACT: OTHER   CREATE ID: 23074019

GENERAL HISTORY


Prior to submitting case to IAR, I realized the TP/POA was never advised of this therefore I sent POA a letter stating the following.

I attempted to contact your on August 18, 2010 at 9:00 AM per your request to discuss the resolution of the case on your client, Arthur and Gigi Stover.  When I called your office at this scheduled time, I wasn't able to reach you directly therefore I left a voice message requesting your call me back.  To date, I haven't received a response from you.
At this time, I have determined the resolution of your clients case would be to grant an installment agreement in the amount of $14,000 per month.  This amount was determined based upon the financial information secured and analysis completed by the prior revenue officer who worked the case (Ms Lorusso) and myself.  If your client will agree to this amount or you would like to discuss the case further, please contact me at the number below.  If I don't receive a response by September 1, 2010, my next step will be to refer

Case 3:20-cv-00579-TEJ-DCK   Document 31-3   Filed 09/19/22   Page 36 of 41        USA Exhibit 3, page 36

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER** **TIN:** ██████████

the case to an Independent Administrative Reviewer requesting the previous request for an installment agreement be denied due to the fact I didn't receive an adequate response.

If no response by 09/01/2010, will submit to IAR.

---

ACTION DATE: 08/23/2010  SYSTEM DATE: 08/23/2010  CONTACT: PHONE  CREATE ID: 23074019

ATTEMPTED CONTACT


ATTEMPTED CONTACT
    RESULTS: Received a VM message from POA Bruns.  He was out sick and was unable to be available for our phone call.  I called and left a VM message.

Will cancel sending the letter at this time.

---

ACTION DATE: 08/24/2010                          CREATE ID: 23074019

Systemic History: FORMS/CORRESPONDENCE


LEVY SOURCE DELETED:
ALLSTATE INSURANCE COMPANY
10815 DAVID TAYLOR DR STE 300
CHARLOTTE                , NC 282621047

---

ACTION DATE: 08/27/2010  SYSTEM DATE: 08/27/2010  CONTACT: PHONE  CREATE ID: 23074019

TP/POA CONTACT


TP/POA CONTACT
    RESULTS: Call from POA Bruns.  Set appt to have a call to discuss case on 09/02/2010 at 9:00 AM.

---

ACTION DATE: 08/27/2010                          CREATE ID: 23074019

Systemic History: FOLLOW UP - ICS


Follow up (BAL DUE/DEL RET) updated for: 09/02/2010 09:00AM-10:00AM ARTHUR & GIGI STOVER Call with POA to discuss case.

---

ACTION DATE: 09/02/2010  SYSTEM DATE: 09/02/2010  CONTACT: PHONE  CREATE ID: 23074019

TP/POA CONTACT


TP/POA CONTACT
    RESULTS: Called POA Bruns as scheduled. Advised of the actions I had completed on the case.  I have determined there is little to no equity in any assets therefore TPs most likely don't have the ability to borrow.
I have reviewed the analysis completed by RO Lorusso and agreed the only collection avenue is an IA.  POA has discussed the issue with the TPs and they think it would be a struggle to pay on an IA and think they could only pay $500/month.  They would prefer their case be

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

| Name: ARTHUR & GIGI STOVER | TIN: █████████ |

put into not collectible status to give TPs the time to re-organize their financial situation and possibly submit an OIC.
I advised based upon RO Lorusso's analysis, it shows the TPs are able to pay approximately $14,000/month.  This was due to TPs weren't allowed a lot of the expenses they are paying as they are not considered necessary living expenses.
I advised my next step would be to submit case to the IAR for review of IA denial.  If sustained, an official denial letter would be issued and TPs could appeal if they choose.  If not, it would be expected the IA been agreed to or otherwise enforcement action could be taken against their income and bank accounts.

POA wanted to discuss other issues as well.  They filed an amended return for 2007 due to TPs failed to claim a charitable deduction but it was denied.  The POA reviewed the laws and believes it is due to they would have to pay the tax first.  I advised I'm not an expert in this avenue of tax laws as it was more of an examination function but based upon his reading, I would tend to agree.  He doesn't dispute the issue either but he also have NOL for 2008 and 2009 which would reduce 2007 but he doesn't want to complete them if they too will be denied.  Advised based upon my prior experience I have seen this occur in the past with NOLs and they were adjusted however I will check with an exam counterpart to make sure.

POA also requested I provide details of how RO Lorusson came to her analysis which I agreed to do.
I will also proceed with submitting case to IAR after these actions are completed.

---

ACTION DATE: 09/02/2010  SYSTEM DATE: 09/02/2010  CONTACT: OTHER  CREATE ID: 23074019

GENERAL HISTORY

Spoke with RA Dunston in regard to the NOL.  She states it is separate from the amended return and the carryback losses should be allowed.  I called POA and advised.

---

ACTION DATE: 09/02/2010  SYSTEM DATE: 09/02/2010  CONTACT: OTHER  CREATE ID: 23074019

GENERAL HISTORY

Prepared 12233 for IA rejection request.  Submitted to GM for review and approval.

---

ACTION DATE: 09/14/2010  SYSTEM DATE: 09/14/2010  CONTACT: OTHER  CREATE ID: 23074019

GENERAL HISTORY

GM concurred with IA rejection.  Forwarding file to IAR.

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: ARTHUR & GIGI STOVER**                                          TIN: ███████

---

ACTION DATE: 09/16/2010                                          CREATE ID: 99976904

Systemic History: NEW MODULE - ICS


INCOMING NF 00000002 - 412 IAR I/A REVIEW 99976904

---

ACTION DATE: 09/16/2010    SYSTEM DATE: 09/16/2010    CONTACT: OTHER    CREATE ID: 99976904

GENERAL HISTORY


09/16/10 IA case file and form 12233 received this date for IAR IA review.  Form 3210 Ack. copy signed and returned this date to the N.C. Revenue Officer.  Cases are worked on a FIFO basis, Per IAR Glenn Mac Millen, Buffalo, New York.  (716) 961-5635.

---

ACTION DATE: 09/16/2010    SYSTEM DATE: 09/16/2010    CONTACT: OTHER    CREATE ID: 99976904

REVIEWED


09/16/10 I have reviewed this Proposed Rejected request for an "Installment Agreement" as the IAR. The taxpayer and POA have requested and IA for $500.00 per month on an IMF tax liability of $223,713.72. I Concur with the Revenue Officers recommendation to reject this pending IA.  Based on the fact that the amount proposed is too low the CIS shows more.  A review of IDRS shows that the taxpayer is in compliance at this time.  The taxpayers and POA have been informed of the proposed rejection.  The R/O will now need to inform them that their request for an IA has been officially rejected.  This can be done by sending letter 4052, which will also give appeal rights.  The IAR/OI is being closed in the IAR Group on ICS as "Action Accepted".  This case file is being mailed back to the N.C. Revenue Officer via form 3210.  Form 12233 was signed "Agreed" by IAR Glenn Mac Millen, Buffalo, New York. (716) 961-5635.


---

ACTION DATE: 09/16/2010                                          CREATE ID: 99976904

Systemic History: INVENTORY ITEM CLOSED - ICS


 NF - ACTION ACCEPTED              00000002


---

ACTION DATE: 09/21/2010    SYSTEM DATE: 09/21/2010    CONTACT: OTHER    CREATE ID: 23074019

GENERAL HISTORY


IAR concurred with denial of IA amount.  Prepared L4052 and mailed to TP along with Pub 594 and Pub 1660.  Copy mailed to POA.  Deadline to respond is 10/22/2010.  If no response, will proceed with removal of TC 971-043 and enforcement action, levy on income and bank accounts.

```
┌─────────────────────────────────────────────┐
│         REQUESTOR: 9510-4053                  │
│         ARCHIVE HISTORY TRANSCRIPT            │
│         HISTORY INFORMATION                   │
└─────────────────────────────────────────────┘
```

| Name: ARTHUR & GIGI STOVER | TIN: ████████ |
|---|---|

ACTION DATE: 09/21/2010                    CREATE ID: 23074019

Systemic History: FORMS/CORRESPONDENCE


LETTER 937 GENERATED TO:
   ARTHUR & GIGI STOVER
   1401 VENETIAN WAY DR
   WAXHAW, NC 28173-8080012


SENT TO:
   TONY BRUNS,CPA
   ED LLOYD,CPA
   8045 CORPORATE CENTER DR STE 100
   CHARLOTTE, NC 28226

ENCLOSURES:
   1. LETTER 4052


ACTION DATE: 10/27/2010   SYSTEM DATE: 10/27/2010   CONTACT: PHONE   CREATE ID: 23074019

ATTEMPTED CONTACT


ATTEMPTED CONTACT
        RESULTS: VMM from POA Bruns.  Called back, left VMM.

L4052 has expired 10/21/2010.  Proceeding with sending L1058, included P594, P1660 and F12153.
Certified mail receipt #

TPH - 7010 1060 0000 1398 7041
TPW - 7010 1060 0000 1398 7034

If no adequate response or resolution by 12/11/2010, will proceed with levies to all known sources.


ACTION DATE: 10/27/2010                    CREATE ID: 23074019

Systemic History: FORMS/CORRESPONDENCE


LETTER 1058A WITH AN ACCRUAL DATE OF 11/26/2010 GENERATED TO:
   ARTHUR & GIGI STOVER
   1401 VENETIAN WAY DR
   WAXHAW, NC 28173-8080

INCLUDED MODS:
   30/200712

POA COPY AND LETTER 937 GENERATED FOR:
   TONY BRUNS,CPA

```
REQUESTOR: 9510-4053
ARCHIVE HISTORY TRANSCRIPT
HISTORY INFORMATION
```

| Name: ARTHUR & GIGI STOVER | TIN: ███████ |
|---|---|

ED LLOYD,CPA
NUBIA ARANDA

---

ACTION DATE: 10/27/2010                          CREATE ID: 23074019

Systemic History: FORMS/CORRESPONDENCE


LTR 1058 DELIVERY STATUS : MAILED
TC 971 AC 069 10/27/2010 GENERATED
FOR (BOTH) WITH XREF TIN: ███████
INCLUDE MODULE(S): 30/200712

---

ACTION DATE: 11/04/2010   SYSTEM DATE: 11/04/2010   CONTACT: PHONE   CREATE ID: 23074019

TP/POA CONTACT


TP/POA CONTACT
   RESULTS: VMM from POA Bruns.  Called back and discussed case.  Advised the reason the L1058 was
issued.  He doesn't feel his clients can pay even 1/2 of the amount determined. ($14,000) I advised
most the the expenses paid are unneccessary living expenses (real estate).

Since we couldn't come to an agreement, I advised I would give the case to my GM and have him call
to discuss.  If they couldn't come to an agreement, POA could submit F9423 to appeal IA rejection.
POA can also file a CDP on the L1058.

I will be in the office 11/09/2010.  Will give case to GM then and discuss.

POA also asked that I provide to him the analysis by RO Lorusso where she came up with the $14,000.
I will write up a synopsis and provide it to him.


---

ACTION DATE: 11/04/2010                          CREATE ID: 23074019

Systemic History: FORMS/CORRESPONDENCE


LTR 1058 RETURN RECEIPT RESPONSE STATUS : ACCEPTED DELIVERY
TC 971 AC 066 11/02/2010 GENERATED


FOR (SECONDARY) WITH XREF TIN: ███████
INCLUDE MODULE(S): 30/200712

---

ACTION DATE: 11/04/2010                          CREATE ID: 23074019

Systemic History: FORMS/CORRESPONDENCE


LTR 1058 RETURN RECEIPT RESPONSE STATUS : ACCEPTED DELIVERY
TC 971 AC 066 11/03/2010 GENERATED
FOR (PRIMARY)
INCLUDE MODULE(S): 30/200712

---