# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| USA, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00579-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Gigi Stover | ) | |
| Arthur T. Stover, | ) | |
| | **)** | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 17, 2023 Order.

February 17, 2023

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court